UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ASHLEY DAY, | ) |
| PLAINTIFF | ) |
| | ) |
| VS. | ) CASE NO. 3:21-cv-50129 |
| | ) |
| TIKTOK INC, | ) |
| DEFENDANT | ) |

## AMENDED COMPLAINT

1) This action arises under 28 U.S.C. 1332.

2) This Court has subject matter jurisdiction over this matter under diversity of citizenship as the Plaintiff is a resident of Illinois and the Defendant is a California Corporation with its principal place of business in California.

3) District of Illinois is an appropriate venue pursuant to 28 U.S.C. 1391(b)(2) as it is where the events giving rise to this claim occurred and is the State of Residence of the Plaintiff.

4) PLAINTIFF, Ashley Day, is a citizen of the State of Illinois; current address is 4893 Hampshire Close Apt 6, Rockford, IL 61109.

5) DEFENDANT, TikTok Inc., is a Corporation in the State of California; Last known address is 5800 Bristol Parkway, Culver City, CA 90230.

6) Defendant knowingly, intentionally, and maliciously committed negligence, failure to act, publicly depicting child abuse, and publicly depicting the sexual exploitation of a 2-year-old child (L.D.) by committing the following acts:

   a) On or about September 30, 2020, a video was uploaded to 9 year old D.T.'s TikTok profile showing a male child and Plaintiff's 2-year-old daughter (L.D.). During this video a song was playing with the lyrics "every time I fuck her without a rubber, I nut all over her covers" while the camera was pointed at L.D..

   b) On or about October 29, 2020 a video was uploaded to D.T.'s TikTok profile showing the same 2-year-old (L.D.) child being smacked across the face. Upon being slapped the child was knocked to the floor. The individual who slapped the child is unknown, but the size of the hand suggests it was an adult.

   c) On or about October 29, 2020 a video was uploaded to D.T.'s TikTok profile showing the same 2-year-old child (L.D.) with what appears to be a swollen lip and redness to the cheek. During this video, a song was playing with the lyrics "bad thing, fine as hell, thick as fuck. The entire video was exclusively of the 2-year-old child (L.D.).

   d) On or about November 5, 2020 a video was uploaded to D.T.'s TikTok profile showing the 2-year-old child (L.D.) when a juvenile who was at least 2 feet taller and weighed more than a hundred pounds more came up beside her. This

older child then swung his hips with force to collide with the 2-year-old child causing her to be lifted up off the ground and landing several feet away.

e) On or about March 13, 2021 the videos were discovered by the Plaintiff. Plaintiff immediately called the police and subsequently made a report. The local Child Protective Services was also notified to ensure the safety of the 13 children living in the home.

f) The videos referenced above were removed from D.T.'s TikTok profile on March 13, 2021. after local law enforcement authorities were notified along with local child protective services.

g) TikTok did not put any warning on any of the videos claiming they might contain sensitive material.

h) TikTok did not remove any of the above videos from its platform.

i) TikTok did not report the videos to any child abuse hotline.

j) TikTok did not sanction, prevent, or discourage the videos in any way from being viewed, shared, downloaded or disbursed in any other way.

k) TikTok failed to act on their own policies and procedures along with State and Federal Statutes and Regulations.

7) Therefore, Plaintiff demands:

a) Judgement against the Defendant in compensatory damages in the amount of $1,000,000.00 (One Million dollars).

b) Punitive damages to be determined by jury.

c) Any and all other relief deemed just and proper.

8) Plaintiff furthermore demands a jury trial on all issues triable by a jury.

Dated this 23 day of March 2021

Respectfully Submitted

Ashley Day, Pro Se
4893 Hampshire Close Apt. 6
Rockford IL 61109