# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ASHLEY DAY, | |
| Plaintiff, | |
| vs. | Case No.: 3:21-cv-50129 |
| TIKTOK INC., | Honorable Philip G. Reinhard |
| Defendant. | |

## DECLARATION OF AMBIKA K. DORAN
## IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE

I, Ambika K. Doran, declare as follows:

1.      I am a partner in the law firm Davis Wright Tremaine LLP and counsel for Defendant TikTok, Inc. in this matter.  I make this declaration from personal knowledge.

2.      Attached as **Exhibit A** is a true and correct copy of TikTok, Inc.'s Terms of Service as they appeared on TikTok's website, at https://www.tiktok.com/legal/terms-of-service?lang=en, on May 24, 2021 (with relevant portions highlighted).

3.      Attached as **Exhibit B** is a true and correct copy of TikTok, Inc.'s Community Guidelines as they appeared on TikTok's website, at https://www.tiktok.com/community-guidelines?lang=en, on May 24, 2021 (with relevant portions highlighted).

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed May 24, 2021 at Mercer Island, Washington.

_/s/ *Ambika K. Doran*_____
Ambika K. Doran

<u>**CERTIFICATE OF SERVICE**</u>

John Grady, an attorney, certifies that on May 24, 2021, he filed a copy of the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties of record.

By: /s/ John F. Grady

# Exhibit A



# Legal

| |
|---|
| Terms of Service |
| Privacy Policy |
| TikTok Platform Cookies Policy |
| Privacy Policy for Younger Users |
| Open Source |
| Virtual Items |
| Intellectual Property Policy |
| Law Enforcement Guidelines |

If you are a user having your usual residence in the US, this EULA shall apply.

If you are a user having your usual residence in the EEA, the United Kingdom or Switzerland, this EULA shall apply.

If you are a user having your usual residence in India, this EULA shall apply.

If you are not in the US, EEA, the United Kingdom, Switzerland or India, this EULA shall apply. There may also be jurisdiction specific provisions for certain countries or regions.

Please refer to your local EULA for more information.

## Terms of Service

(If you are a user having your usual residence in the US)

*Last updated: February 2019*

## 1. Your Relationship With Us

Welcome to TikTok (the "Platform"), which is provided by TikTok Inc. in the United States (collectively such entities will be referred to as "TikTok", "we" or "us").

You are reading the terms of service (the "Terms"), which govern the relationship and serve as an agreement between you and us and set forth the terms and conditions by which you may access and use the Platform and our related websites, services, applications, products and content (collectively, the "Services"). Access to certain Services or features of the Services (such as, by way of example and not limitation, the ability to submit or share User Content (defined below)) may be subject to age restrictions and not available to all users of the Services. Our Services are provided for private, non-commercial use. For purposes of these Terms, "you" and "your" means you as the user of the Services.

The Terms form a legally binding agreement between you and us. Please take the time to read them carefully. If you are under age 18, you may only use the Services with the consent of your parent or legal guardian. Please be sure your parent or legal guardian has reviewed and discussed these Terms with you.

ARBITRATION NOTICE FOR USERS IN THE UNITED STATES: THESE TERMS CONTAIN AN ARBITRATION CLAUSE AND A WAIVER OF RIGHTS TO BRING A CLASS ACTION AGAINST US. EXCEPT FOR CERTAIN TYPES OF DISPUTES MENTIONED IN THAT ARBITRATION CLAUSE, YOU AND TIKTOK AGREE THAT DISPUTES BETWEEN US WILL BE RESOLVED BY MANDATORY BINDING ARBITRATION, AND YOU AND TIKTOK WAIVE ANY RIGHT TO PARTICIPATE IN A CLASS-ACTION LAWSUIT OR CLASS-WIDE ARBITRATION.

## 2. Accepting the Terms

By accessing or using our Services, you confirm that you can form a binding contract with TikTok, that you accept these Terms and that you agree to comply with them. Your access to and use of our Services is also subject to our Privacy Policy and Community Guidelines, the terms of which can be found directly on the Platform, or where the Platform is made available for download, on your mobile device's applicable app store, and are incorporated herein by reference. By using the Services, you consent to the terms of the Privacy Policy.

If you are accessing or using the Services on behalf of a business or entity, then (a) "you" and "your" includes you and that business or entity, (b) you represent and warrant that you are an authorized representative of the business or entity with the authority to bind the entity to these Terms, and that you agree to these Terms on the entity's behalf, and (c) your business or entity is legally and financially responsible for your access or use of the Services as well as for the access or use of your account by others affiliated with your entity, including any employees, agents or contractors.

You can accept the Terms by accessing or using our Services. You understand and agree that we will treat your access or use of the Services as acceptance of the Terms from that point onwards.

You should print off or save a local copy of the Terms for your records.

## 3. Changes to the Terms

We amend these Terms from time to time, for instance when we update the functionality of our Services, when we combine multiple apps or services operated by us or our affiliates into a single combined service or app, or when there are regulatory changes. We will use commercially reasonable efforts to generally

Terms of Service

Privacy Policy

TikTok Platform Cookies Policy

Privacy Policy for Younger Users

Open Source

Virtual Items

Intellectual Property Policy

Law Enforcement Guidelines

We amend these Terms from time to time, for instance when we update the functionality of our Services, when we combine multiple apps or services operated by us or our affiliates into a single combined service or app, or when there are regulatory changes. We will use commercially reasonable efforts to generally notify all users of any material changes to these Terms, such as through a notice on our Platform, however, you should look at the Terms regularly to check for such changes. We will also update the "Last Updated" date at the top of these Terms, which reflect the effective date of such Terms. Your continued access or use of the Services after the date of the new Terms constitutes your acceptance of the new Terms. If you do not agree to the new Terms, you must stop accessing or using the Services.

## 4. Your Account with Us

To access or use some of our Services, you must create an account with us. When you create this account, you must provide accurate and up-to-date information. It is important that you maintain and promptly update your details and any other information you provide to us, to keep such information current and complete.

It is important that you keep your account password confidential and that you do not disclose it to any third party. If you know or suspect that any third party knows your password or has accessed your account, you must notify us immediately at: https://www.tiktok.com/legal/report/feedback.

You agree that you are solely responsible (to us and to others) for the activity that occurs under your account.

We reserve the right to disable your user account at any time, including if you have failed to comply with any of the provisions of these Terms, or if activities occur on your account which, in our sole discretion, would or might cause damage to or impair the Services or infringe or violate any third party rights, or violate any applicable laws or regulations.

If you no longer want to use our Services again, and would like your account deleted, contact us at: https://www.tiktok.com/legal/report/feedback. We will provide you with further assistance and guide you through the process. Once you choose to delete your account, you will not be able to reactivate your account or retrieve any of the content or information you have added.

## 5. Your Access to and Use of Our Services

==Your access to and use of the Services is subject to these Terms and all applicable laws and regulations. You may not:==

- access or use the Services if you are not fully able and legally competent to agree to these Terms or are authorized to use the Services by your parent or legal guardian;
- make unauthorised copies, modify, adapt, translate, reverse engineer, disassemble, decompile or create any derivative works of the Services or any content included therein, including any files, tables or documentation (or any portion thereof) or determine or attempt to determine any source code, algorithms, methods or techniques embodied by the Services or any derivative works thereof;
- distribute, license, transfer, or sell, in whole or in part, any of the Services or any derivative works thereof
- market, rent or lease the Services for a fee or charge, or use the Services to advertise or perform any commercial solicitation;
- use the Services, without our express written consent, for any commercial or unauthorized purpose, including communicating or facilitating any commercial advertisement or solicitation or spamming;
- interfere with or attempt to interfere with the proper working of the Services, disrupt our website or any networks connected to the Services, or bypass any measures we may use to prevent or restrict access to the Services;
- incorporate the Services or any portion thereof into any other program or product. In such case, we reserve the right to refuse service, terminate accounts or limit access to the Services in our sole discretion;
- use automated scripts to collect information from or otherwise interact with the Services;
- impersonate any person or entity, or falsely state or otherwise misrepresent you or your affiliation with any person or entity, including giving the impression that any content you upload, post, transmit, distribute or otherwise make available emanates from the Services;
- intimidate or harass another, or promote sexually explicit material, violence or discrimination based on race, sex, religion, nationality, disability, sexual orientation or age;
- use or attempt to use another's account, service or system without authorisation from TikTok, or create a false identity on the Services;
- use the Services in a manner that may create a conflict of interest or undermine the purposes of the Services, such as trading reviews with other users or writing or soliciting fake reviews;
- use the Services to upload, transmit, distribute, store or otherwise make available in any way: files that contain viruses, trojans, worms, logic bombs or other material that is malicious or technologically harmful;
- any unsolicited or unauthorised advertising, solicitations, promotional materials, "junk mail," "spam,"



Terms of Service

Privacy Policy

TikTok Platform Cookies Policy

Privacy Policy for Younger Users

Open Source

Virtual Items

Intellectual Property Policy

Law Enforcement Guidelines

- use the Services to upload, transmit, distribute, store or otherwise make available in any way: files that contain viruses, trojans, worms, logic bombs or other material that is malicious or technologically harmful;

- any unsolicited or unauthorised advertising, solicitations, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other prohibited form of solicitation;

- any private information of any third party, including addresses, phone numbers, email addresses, number and feature in the personal identity document (e.g., National Insurance numbers, passport numbers) or credit card numbers;

- any material which does or may infringe any copyright, trademark or other intellectual property or privacy rights of any other person;

- any material which is defamatory of any person, obscene, offensive, pornographic, hateful or inflammatory;

- any material that would constitute, encourage or provide instructions for a criminal offence, dangerous activities or self-harm;

- any material that is deliberately designed to provoke or antagonise people, especially trolling and bullying, or is intended to harass, harm, hurt, scare, distress, embarrass or upset people;

- any material that contains a threat of any kind, including threats of physical violence;

- any material that is racist or discriminatory, including discrimination on the basis of someone's race, religion, age, gender, disability or sexuality;

- any answers, responses, comments, opinions, analysis or recommendations that you are not properly licensed or otherwise qualified to provide; or

- material that, in the sole judgment of TikTok, is objectionable or which restricts or inhibits any other person from using the Services, or which may expose TikTok, the Services or its users to any harm or liability of any type.

In addition to the above, your access to and use of the Services must, at all times, be compliant with our Community Guidelines.

We reserve the right, at any time and without prior notice, to remove or disable access to content at our discretion for any reason or no reason. Some of the reasons we may remove or disable access to content may include finding the content objectionable, in violation of these Terms or our Community Policy, or otherwise harmful to the Services or our users. Our automated systems analyze your content (including emails) to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection. This analysis occurs as the content is sent, received, and when it is stored.

## 6. Intellectual Property Rights

We respect intellectual property rights and ask you to do the same. As a condition of your access to and use of the Services, you agree to the terms of the Copyright Policy.

## 7. Content

### TikTok Content

As between you and TikTok, all content, software, images, text, graphics, illustrations, logos, patents, trademarks, service marks, copyrights, photographs, audio, videos, music on and "look and feel" of the Services, and all intellectual property rights related thereto (the "TikTok Content"), are either owned or licensed by TikTok, it being understood that you or your licensors will own any User Content (as defined below) you upload or transmit through the Services. Use of the TikTok Content or materials on the Services for any purpose not expressly permitted by these Terms is strictly prohibited. Such content may not be downloaded, copied, reproduced, distributed, transmitted, broadcast, displayed, sold, licensed or otherwise exploited for any purpose whatsoever without our or, where applicable, our licensors' prior written consent. We and our licensors reserve all rights not expressly granted in and to their content.

You acknowledge and agree that we may generate revenues, increase goodwill or otherwise increase our value from your use of the Services, including, by way of example and not limitation, through the sale of advertising, sponsorships, promotions, usage data and Gifts (defined below), and except as specifically permitted by us in these Terms or in another agreement you enter into with us, you will have no right to share in any such revenue, goodwill or value whatsoever. You further acknowledge that, except as specifically permitted by us in these Terms or in another agreement you enter into with us, you (i) have no right to receive any income or other consideration from any User Content (defined below) or your use of any musical works, sound recordings or audiovisual clips made available to you on or through the Services, including in any User Content created by you, and (ii) are prohibited from exercising any rights to monetize or obtain consideration from any User Content within the Services or on any third party service ( e.g. , you cannot claim User Content that has been uploaded to a social media platform such as YouTube for monetization).

Subject to the terms and conditions of the Terms, you are hereby granted a non-exclusive, limited, non-transferable, non-sublicensable, revocable, worldwide license to access and use the Services, including to download the Platform on a permitted device, and to access the TikTok Content solely for your personal,

Terms of Service

Privacy Policy

TikTok Platform Cookies Policy

Privacy Policy for Younger Users

Open Source

Virtual Items

Intellectual Property Policy

Law Enforcement Guidelines

Subject to the terms and conditions of the Terms, you are hereby granted a non-exclusive, limited, non-transferable, non-sublicensable, revocable, worldwide license to access and use the Services, including to download the Platform on a permitted device, and to access the TikTok Content solely for your personal, non-commercial use through your use of the Services and solely in compliance with these Terms. TikTok reserves all rights not expressly granted herein in the Services and the TikTok Content. You acknowledge and agree that TikTok may terminate this license at any time for any reason or no reason.

NO RIGHTS ARE LICENSED WITH RESPECT TO SOUND RECORDINGS AND THE MUSICAL WORKS EMBODIED THEREIN THAT ARE MADE AVAILABLE FROM OR THROUGH THE SERVICE.

You acknowledge and agree that when you view content provided by others on the Services, you are doing so at your own risk. The content on our Services is provided for general information only. It is not intended to amount to advice on which you should rely. You must obtain professional or specialist advice before taking, or refraining from, any action on the basis of the content on our Services.

We make no representations, warranties or guarantees, whether express or implied, that any TikTok Content (including User Content) is accurate, complete or up to date. Where our Services contain links to other sites and resources provided by third parties, these links are provided for your information only. We have no control over the contents of those sites or resources. Such links should not be interpreted as approval by us of those linked websites or information you may obtain from them. You acknowledge that we have no obligation to pre-screen, monitor, review, or edit any content posted by you and other users on the Services (including User Content).

## User-Generated Content

Users of the Services may be permitted to upload, post or transmit (such as via a stream) or otherwise make available content through the Services including, without limitation, any text, photographs, user videos, sound recordings and the musical works embodied therein, including videos that incorporate locally stored sound recordings from your personal music library and ambient noise ("User Content"). Users of the Services may also extract all or any portion of User Content created by another user to produce additional User Content, including collaborative User Content with other users, that combine and intersperse User Content generated by more than one user. Users of the Services may also overlay music, graphics, stickers, Virtual Items (as defined and further explained Virtual Items Policy) and other elements provided by TikTok ("TikTok Elements") onto this User Content and transmit this User Content through the Services. The information and materials in the User Content, including User Content that includes TikTok Elements, have not been verified or approved by us. The views expressed by other users on the Services (including through use of the virtual gifts) do not represent our views or values.

Whenever you access or use a feature that allows you to upload or transmit User Content through the Services (including via certain third party social media platforms such as Instagram, Facebook, YouTube, Twitter), or to make contact with other users of the Services, you must comply with the standards set out at "Your Access to and Use of Our Services" above. You may also choose to upload or transmit your User Content, including User Content that includes TikTok Elements, on sites or platforms hosted by third parties. If you decide to do this, you must comply with their content guidelines as well as with the standards set out at "Your Access to and Use of Our Services" above. As noted above, these features may not be available to all users of the Services, and we have no liability to you for limiting your right to certain features of the Services.

You warrant that any such contribution does comply with those standards, and you will be liable to us and indemnify us for any breach of that warranty. This means you will be responsible for any loss or damage we suffer as a result of your breach of warranty.

Any User Content will be considered non-confidential and non-proprietary. You must not post any User Content on or through the Services or transmit to us any User Content that you consider to be confidential or proprietary. When you submit User Content through the Services, you agree and represent that you own that User Content, or you have received all necessary permissions, clearances from, or are authorised by, the owner of any part of the content to submit it to the Services, to transmit it from the Services to other third party platforms, and/or adopt any third party content.

If you only own the rights in and to a sound recording, but not to the underlying musical works embodied in such sound recordings, then you must not post such sound recordings to the Services unless you have all permissions, clearances from, or are authorised by, the owner of any part of the content to submit it to the Services

You or the owner of your User Content still own the copyright in User Content sent to us, but by submitting User Content via the Services, you hereby grant us an unconditional irrevocable, non-exclusive, royalty-free, fully transferable, perpetual worldwide licence to use, modify, adapt, reproduce, make derivative works of, publish and/or transmit, and/or distribute and to authorise other users of the Services and other third-parties to view, access, use, download, modify, adapt, reproduce, make derivative works of, publish and/or transmit your User Content in any format and on any platform, either now known or hereinafter invented.

You further grant us a royalty-free license to use your user name, image, voice, and likeness to identify you as the source of any of your User Content; provided, however, that your ability to provide an image, voice, and likeness may be subject to limitations due to age restrictions.

For the avoidance of doubt, the rights granted in the preceding paragraphs of this Section include, but are not limited to, the right to reproduce sound recordings (and make mechanical reproductions of the musical

Terms of Service
Privacy Policy
TikTok Platform Cookies Policy
Privacy Policy for Younger Users
Open Source
Virtual Items
Intellectual Property Policy
Law Enforcement Guidelines

as the source of any of your User Content; provided, however, that your ability to provide an image, voice, and likeness may be subject to limitations due to age restrictions.

For the avoidance of doubt, the rights granted in the preceding paragraphs of this Section include, but are not limited to, the right to reproduce sound recordings (and make mechanical reproductions of the musical works embodied in such sound recordings), and publicly perform and communicate to the public those recordings (and the musical works embodied therein), all on a royalty-free basis. This means that you are granting us the right to use your User Content without the obligation to pay royalties to any third party, including, but not limited to, a sound recording copyright owner (e.g., a record label), a musical work copyright owner (e.g., a music publisher), a performing rights organization (e.g., ASCAP, BMI, SESAC, etc.) (a "PRO"), a sound recording PRO (e.g., SoundExchange), any unions or guilds, and engineers, producers or other royalty participants involved in the creation of User Content.

**Specific Rules for Musical Works and for Recording Artists.** If you are a composer or author of a musical work and are affiliated with a PRO, then you must notify your PRO of the royalty-free license you grant through these Terms in your User Content to us. You are solely responsible for ensuring your compliance with the relevant PRO's reporting obligations. If you have assigned your rights to a music publisher, then you must obtain the consent of such music publisher to grant the royalty-free license(s) set forth in these Terms in your User Content or have such music publisher enter into these Terms with us. Just because you authored a musical work (e.g., wrote a song) does not mean you have the right to grant us the licenses in these Terms. If you are a recording artist under contract with a record label, then you are solely responsible for ensuring that your use of the Services is in compliance with any contractual obligations you may have to your record label, including if you create any new recordings through the Services that may be claimed by that label.

**Through-To-The-Audience Rights.** All of the rights you grant in your User Content in these Terms are provided on a through-to-the-audience basis, meaning the owners or operators of third party services will not have any separate liability to you or any other third party for User Content posted or used on such third party service via the Services.

**Waiver of Rights to User Content.** By posting User Content to or through the Services, you waive any rights to prior inspection or approval of any marketing or promotional materials related to such User Content. You also waive any and all rights of privacy, publicity, or any other rights of a similar nature in connection with your User Content, or any portion thereof. To the extent any moral rights are not transferable or assignable, you hereby waive and agree never to assert any and all moral rights, or to support, maintain or permit any action based on any moral rights that you may have in or with respect to any User Content you Post to or through the Services.

We also have the right to disclose your identity to any third party who is claiming that any User Content posted or uploaded by you to our Services constitutes a violation of their intellectual property rights, or of their right to privacy.

We, or authorised third parties, reserve the right to cut, crop, edit or refuse to publish, your content at our or their sole discretion. We have the right to remove, disallow, block or delete any posting you make on our Services if, in our opinion, your post does not comply with the content standards set out at "Your Access to and Use of Our Services"above. In addition, we have the right – but not the obligation – in our sole discretion to remove, disallow, block or delete any User Content (i) that we consider to violate these Terms, or (ii) in response to complaints from other users or third parties, with or without notice and without any liability to you. As a result, we recommend that you save copies of any User Content that you post to the Services on your personal device(s) in the event that you want to ensure that you have permanent access to copies of such User Content. We do not guarantee the accuracy, integrity, appropriateness or quality of any User Content, and under no circumstances will we be liable in any way for any User Content.

You control whether your User Content is made publicly available on the Services to all other users of the Services or only available to people you approve. To restrict access to your User Content, you should select the privacy setting available within the Platform.

<mark>We accept no liability in respect of any content submitted by users and published by us or by authorised third parties.</mark>

<mark>If you wish to file a complaint about information or materials uploaded by other users, contact us at: https://www.tiktok.com/legal/report/feedback.</mark>

TikTok takes reasonable measures to expeditiously remove from our Services any infringing material that we become aware of.It is TikTok's policy, in appropriate circumstances and at its discretion, to disable or terminate the accounts of users of the Services who repeatedly infringe copyrights or intellectual property rights of others.

While our own staff is continually working to develop and evaluate our own product ideas and features, we pride ourselves on paying close attention to the interests, feedback, comments, and suggestions we receive from the user community. If you choose to contribute by sending us or our employees any ideas for products, services, features, modifications, enhancements, content, refinements, technologies, content offerings (such as audio, visual, games, or other types of content), promotions, strategies, or product/feature names, or any related documentation, artwork, computer code, diagrams, or other materials (collectively "Feedback"), then regardless of what your accompanying communication may say, the following terms will apply, so that future misunderstandings can be avoided. Accordingly, by sending Feedback to us, you agree that:

Terms of Service
Privacy Policy
TikTok Platform Cookies Policy
Privacy Policy for Younger Users
Open Source
Virtual Items
Intellectual Property Policy
Law Enforcement Guidelines

materials (collectively "Feedback"), then regardless of what your accompanying communication may say, the following terms will apply, so that future misunderstandings can be avoided. Accordingly, by sending Feedback to us, you agree that:

TikTok has no obligation to review, consider, or implement your Feedback, or to return to you all or part of any Feedback for any reason;

Feedback is provided on a non-confidential basis, and we are not under any obligation to keep any Feedback you send confidential or to refrain from using or disclosing it in any way; and

You irrevocably grant us perpetual and unlimited permission to reproduce, distribute, create derivative works of, modify, publicly perform (including on a through-to-the-audience basis), communicate to the public, make available, publicly display, and otherwise use and exploit the Feedback and derivatives thereof for any purpose and without restriction, free of charge and without attribution of any kind, including by making, using, selling, offering for sale, importing, and promoting commercial products and services that incorporate or embody Feedback, whether in whole or in part, and whether as provided or as modified.

## 8. Indemnity

You agree to defend, indemnify, and hold harmless TikTok, its parents, subsidiaries, and affiliates, and each of their respective officers, directors, employees, agents and advisors from any and all claims, liabilities, costs, and expenses, including, but not limited to, attorneys' fees and expenses, arising out of a breach by you or any user of your account of these Terms or arising out of a breach of your obligations, representation and warranties under these Terms.

## 9. EXCLUSION OF WARRANTIES

NOTHING IN THESE TERMS SHALL AFFECT ANY STATUTORY RIGHTS THAT YOU CANNOT CONTRACTUALLY AGREE TO ALTER OR WAIVE AND ARE LEGALLY ALWAYS ENTITLED TO AS A CONSUMER.

THE SERVICES ARE PROVIDED "AS IS" AND WE MAKE NO WARRANTY OR REPRESENTATION TO YOU WITH RESPECT TO THEM. IN PARTICULAR WE DO NOT REPRESENT OR WARRANT TO YOU THAT:

- YOUR USE OF THE SERVICES WILL MEET YOUR REQUIREMENTS;
- YOUR USE OF THE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE OR FREE FROM ERROR;
- ANY INFORMATION OBTAINED BY YOU AS A RESULT OF YOUR USE OF THE SERVICES WILL BE ACCURATE OR RELIABLE; AND
- DEFECTS IN THE OPERATION OR FUNCTIONALITY OF ANY SOFTWARE PROVIDED TO YOU AS PART OF THE SERVICES WILL BE CORRECTED.

NO CONDITIONS, WARRANTIES OR OTHER TERMS (INCLUDING ANY IMPLIED TERMS AS TO SATISFACTORY QUALITY, FITNESS FOR PURPOSE OR CONFORMANCE WITH DESCRIPTION) APPLY TO THE SERVICES EXCEPT TO THE EXTENT THAT THEY ARE EXPRESSLY SET OUT IN THE TERMS. WE MAY CHANGE, SUSPEND, WITHDRAW OR RESTRICT THE AVAILABILITY OF ALL OR ANY PART OF OUR PLATFORM FOR BUSINESS AND OPERATIONAL REASONS AT ANY TIME WITHOUT NOTICE

## 10. LIMITATION OF LIABILITY

NOTHING IN THESE TERMS SHALL EXCLUDE OR LIMIT OUR LIABILITY FOR LOSSES WHICH MAY NOT BE LAWFULLY EXCLUDED OR LIMITED BY APPLICABLE LAW. THIS INCLUDES LIABILITY FOR DEATH OR PERSONAL INJURY CAUSED BY OUR NEGLIGENCE OR THE NEGLIGENCE OF OUR EMPLOYEES, AGENTS OR SUBCONTRACTORS AND FOR FRAUD OR FRAUDULENT MISREPRESENTATION.

SUBJECT TO THE PARAGRAPH ABOVE, WE SHALL NOT BE LIABLE TO YOU FOR:

- (I) ANY LOSS OF PROFIT (WHETHER INCURRED DIRECTLY OR INDIRECTLY);
- (II) ANY LOSS OF GOODWILL;
- (III) ANY LOSS OF OPPORTUNITY;
- (IV) ANY LOSS OF DATA SUFFERED BY YOU; OR
- (V) ANY INDIRECT OR CONSEQUENTIAL LOSSES WHICH MAY BE INCURRED BY YOU. ANY OTHER LOSS WILL BE LIMITED TO THE AMOUNT PAID BY YOU TO TIKTOK WITHIN THE LAST 12 MONTHS.

ANY LOSS OR DAMAGE WHICH MAY BE INCURRED BY YOU AS A RESULT OF:

- ANY RELIANCE PLACED BY YOU ON THE COMPLETENESS, ACCURACY OR EXISTENCE OF ANY ADVERTISING, OR AS A RESULT OF ANY RELATIONSHIP OR TRANSACTION BETWEEN YOU AND ANY ADVERTISER OR SPONSOR WHOSE ADVERTISING APPEARS ON THE SERVICE;
- ANY CHANGES WHICH WE MAY MAKE TO THE SERVICES, OR FOR ANY PERMANENT OR TEMPORARY CESSATION IN THE PROVISION OF THE SERVICES (OR ANY FEATURES WITHIN THE SERVICES);
- THE DELETION OF, CORRUPTION OF, OR FAILURE TO STORE, ANY CONTENT AND OTHER COMMUNICATIONS DATA MAINTAINED OR TRANSMITTED BY OR THROUGH YOUR USE OF THE



Terms of Service

Privacy Policy

TikTok Platform Cookies Policy

Privacy Policy for Younger Users

Open Source

Virtual Items

Intellectual Property Policy

Law Enforcement Guidelines

TEMPORARY CESSATION IN THE PROVISION OF THE SERVICES (OR ANY FEATURES WITHIN THE SERVICES);

- THE DELETION OF, CORRUPTION OF, OR FAILURE TO STORE, ANY CONTENT AND OTHER COMMUNICATIONS DATA MAINTAINED OR TRANSMITTED BY OR THROUGH YOUR USE OF THE SERVICES;

- YOUR FAILURE TO PROVIDE US WITH ACCURATE ACCOUNT INFORMATION; OR

- YOUR FAILURE TO KEEP YOUR PASSWORD OR ACCOUNT DETAILS SECURE AND CONFIDENTIAL.

PLEASE NOTE THAT WE ONLY PROVIDE OUR PLATFORM FOR DOMESTIC AND PRIVATE USE. YOU AGREE NOT TO USE OUR PLATFORM FOR ANY COMMERCIAL OR BUSINESS PURPOSES, AND WE HAVE NO LIABILITY TO YOU FOR ANY LOSS OF PROFIT, LOSS OF BUSINESS, LOSS OF GOODWILL OR BUSINESS REPUTATION, BUSINESS INTERRUPTION, OR LOSS OF BUSINESS OPPORTUNITY.

IF DEFECTIVE DIGITAL CONTENT THAT WE HAVE SUPPLIED DAMAGES A DEVICE OR DIGITAL CONTENT BELONGING TO YOU AND THIS IS CAUSED BY OUR FAILURE TO USE REASONABLE CARE AND SKILL, WE WILL EITHER REPAIR THE DAMAGE OR PAY YOU COMPENSATION. HOWEVER, WE WILL NOT BE LIABLE FOR DAMAGE THAT YOU COULD HAVE AVOIDED BY FOLLOWING OUR ADVICE TO APPLY AN UPDATE OFFERED TO YOU FREE OF CHARGE OR FOR DAMAGE THAT WAS CAUSED BY YOU FAILING TO CORRECTLY FOLLOW INSTALLATION INSTRUCTIONS OR TO HAVE IN PLACE THE MINIMUM SYSTEM REQUIREMENTS ADVISED BY US.

THESE LIMITATIONS ON OUR LIABILITY TO YOU SHALL APPLY WHETHER OR NOT WE HAVE BEEN ADVISED OF OR SHOULD HAVE BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES ARISING.

YOU ARE RESPONSIBLE FOR ANY MOBILE CHARGES THAT MAY APPLY TO YOUR USE OF OUR SERVICE, INCLUDING TEXT-MESSAGING AND DATA CHARGES. IF YOU'RE UNSURE WHAT THOSE CHARGES MAY BE, YOU SHOULD ASK YOUR SERVICE PROVIDER BEFORE USING THE SERVICE.

TO THE FULLEST EXTENT PERMITTED BY LAW, ANY DISPUTE YOU HAVE WITH ANY THIRD PARTY ARISING OUT OF YOUR USE OF THE SERVICES, INCLUDING, BY WAY OF EXAMPLE AND NOT LIMITATION, ANY CARRIER, COPYRIGHT OWNER OR OTHER USER, IS DIRECTLY BETWEEN YOU AND SUCH THIRD PARTY, AND YOU IRREVOCABLY RELEASE US AND OUR AFFILIATES FROM ANY AND ALL CLAIMS, DEMANDS AND DAMAGES (ACTUAL AND CONSEQUENTIAL) OF EVERY KIND AND NATURE, KNOWN AND UNKNOWN, ARISING OUT OF OR IN ANY WAY CONNECTED WITH SUCH DISPUTES.

## 11. Other Terms

**Open Source.** The Platform contains certain open source software. Each item of open source software is subject to its own applicable license terms, which can be found at Open Source Policy.

**Entire Agreement.** These Terms constitute the whole legal agreement between you and TikTok and govern your use of the Services and completely replace any prior agreements between you and TikTok in relation to the Services.

**Links.** You may link to our home page, provided you do so in a way that is fair and legal and does not damage our reputation or take advantage of it. You must not establish a link in such a way as to suggest any form of association, approval or endorsement on our part where none exists. You must not establish a link to our Services in any website that is not owned by you. The website in which you are linking must comply in all respects with the content standards set out at "Your Access to and Use of Our Services" above. We reserve the right to withdraw linking permission without notice.

**No Waiver.** Our failure to insist upon or enforce any provision of these Terms shall not be construed as a waiver of any provision or right.

**Security.** We do not guarantee that our Services will be secure or free from bugs or viruses. You are responsible for configuring your information technology, computer programmes and platform to access our Services. You should use your own virus protection software.

**Severability.** If any court of law, having jurisdiction to decide on this matter, rules that any provision of these Terms is invalid, then that provision will be removed from the Terms without affecting the rest of the Terms, and the remaining provisions of the Terms will continue to be valid and enforceable.

**ARBITRATION AND CLASS ACTION WAIVER.** This Section includes an arbitration agreement and an agreement that all claims will be brought only in an individual capacity (and not as a class action or other representative proceeding). Please read it carefully. You may opt out of the arbitration agreement by following the opt out procedure described below.

**Informal Process First.** You agree that in the event of any dispute between you and TikTok, you will first contact TikTok and make a good faith sustained effort to resolve the dispute before resorting to more formal means of resolution, including without limitation any court action.

**Arbitration Agreement.** After the informal dispute resolution process any remaining dispute, controversy, or claim (collectively, "Claim") relating in any way to your use of TikTok's services and/or products, including the Services, or relating in any way to the communications between you and TikTok or any other user of the Services, will be finally resolved by binding arbitration. This mandatory arbitration agreement applies equally to you and TikTok. However, this arbitration agreement does not (a) govern any Claim by TikTok for infringement of its intellectual property or access to the Services that is unauthorized or exceeds



Terms of Service

Privacy Policy

TikTok Platform Cookies Policy

Privacy Policy for Younger Users

Open Source

Virtual Items

Intellectual Property Policy

Law Enforcement Guidelines

the Services, or relating in any way to the communications between you and TikTok or any other user of the Services, will be finally resolved by binding arbitration. This mandatory arbitration agreement applies equally to you and TikTok. However, this arbitration agreement does not (a) govern any Claim by TikTok for infringement of its intellectual property or access to the Services that is unauthorized or exceeds authorization granted in these Terms or (b) bar you from making use of applicable small claims court procedures in appropriate cases. If you are an individual you may opt out of this arbitration agreement within thirty (30) days of the first of the date you access or use this Services by following the procedure described below.

You agree that the U.S. Federal Arbitration Act governs the interpretation and enforcement of this provision, and that you and TikTok are each waiving the right to a trial by jury or to participate in a class action. This arbitration provision will survive any termination of these Terms.

If you wish to begin an arbitration proceeding, after following the informal dispute resolution procedure, you must send a letter requesting arbitration and describing your claim to:

TikTok Inc., 5800 Bristol Parkway, Culver City, CA 90230

Email Address: legal@tiktok.com

The arbitration will be administered by the American Arbitration Association (AAA) under its rules including, if you are an individual, the AAA's Supplementary Procedures for Consumer-Related Disputes. If you are not an individual or have used the Services on behalf of an entity, the AAA's Supplementary Procedures for Consumer-Related Disputes will not be used. The AAA's rules are available at www.adr.org or by calling 1-800-778-7879.

Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules. If you are an individual and have not accessed or used the Services on behalf of an entity, we will reimburse those fees for claims where the amount in dispute is less than $10,000, unless the arbitrator determines the claims are frivolous, and we will not seek attorneys' fees and costs in arbitration unless the arbitrator determines the claims are frivolous.

The arbitrator, and not any federal, state, or local court, will have exclusive authority to resolve any dispute relating to the interpretation, applicability, unconscionability, arbitrability, enforceability, or formation of this arbitration agreement, including any claim that all or any part of this arbitration agreement is void or voidable. However, the preceding sentence will not apply to the "Class Action Waiver" section below.

If you do not want to arbitrate disputes with TikTok and you are an individual, you may opt out of this arbitration agreement by sending an email to legal@tiktok.com within thirty (30) days of the first of the date you access or use the Services.

**Class Action Waiver.** Any Claim must be brought in the respective party's individual capacity, and not as a plaintiff or class member in any purported class, collective, representative, multiple plaintiff, or similar proceeding ("Class Action"). The parties expressly waive any ability to maintain any Class Action in any forum. If the Claim is subject to arbitration, the arbitrator will not have authority to combine or aggregate similar claims or conduct any Class Action nor make an award to any person or entity not a party to the arbitration. Any claim that all or part of this Class Action Waiver is unenforceable, unconscionable, void, or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator. The parties understand that any right to litigate in court, to have a judge or jury decide their case, or to be a party to a class or representative action, is waived, and that any claims must be decided individually, through arbitration.

If this class action waiver is found to be unenforceable, then the entirety of the Arbitration Agreement, if otherwise effective, will be null and void. The arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. If for any reason a claim proceeds in court rather than in arbitration, you and TikTok each waive any right to a jury trial.

If a counter-notice is received by TikTok's Copyright Agent, we may send a copy of the counter-notice to the original complaining party informing that person that we may replace the removed content or cease disabling it. Unless the original complaining party files an action seeking a court order against the Content Provider, member or user, the removed content may be replaced, or access to it restored, in ten business days or more after receipt of the counter-notice, at TikTok's sole discretion.

Please understand that filing a counter-notification may lead to legal proceedings between you and the complaining party to determine ownership. Be aware that there may be adverse legal consequences in your country if you make a false or bad faith allegation by using this process.

**California Consumer Rights Notice.** Under California Civil Code Section 1789.3, California users of the Services receive the following specific consumer rights notice: The Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs may be contacted in writing at the contact information set forth at https://www.dca.ca.gov/about_dca/contactus.shtml.

Users of the Services who are California residents and are under 18 years of age may request and obtain removal of User Content they posted by contacting us at: https://www.tiktok.com/legal/report/feedback. All requests must be labeled "California Removal Request" on the email subject line. All requests must provide a description of the User Content you want removed and information reasonably sufficient to permit us to locate that User Content. We do not accept California Removal Requests via postal mail, telephone or facsimile. We are not responsible for notices that are not labeled or sent properly, and we may not be able

Terms of Service
Privacy Policy
TikTok Platform Cookies Policy
Privacy Policy for Younger Users
Open Source
Virtual Items
Intellectual Property Policy
Law Enforcement Guidelines

requests must be labeled "California Removal Request" on the email subject line. All requests must provide a description of the User Content you want removed and information reasonably sufficient to permit us to locate that User Content. We do not accept California Removal Requests via postal mail, telephone or facsimile. We are not responsible for notices that are not labeled or sent properly, and we may not be able to respond if you do not provide adequate information.

**Exports.** You agree that you will not export or re-export, directly or indirectly the Services and/or other information or materials provided by TikTok hereunder, to any country for which the United States or any other relevant jurisdiction requires any export license or other governmental approval at the time of export without first obtaining such license or approval. In particular, but without limitation, the Services may not be exported or re-exported (a) into any U.S. embargoed countries or any country that has been designated by the U.S. Government as a "terrorist supporting" country, or (b) to anyone listed on any U.S. Government list of prohibited or restricted parties, including the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Department of Commerce Denied Person's List or Entity List.

**U.S. Government Restricted Rights.** The Services and related documentation are "Commercial Items", as that term is defined in 48 C.F.R. §2.101, consisting of "Commercial Computer Software" and "Commercial Computer Software Documentation", as such terms are used in 48 C.F.R. §12.212 or 48 C.F.R. §227.7202, as applicable. Consistent with 48 C.F.R. §12.212 or 48 C.F.R. §227.7202-1 through 227.7202-4, as applicable, the Commercial Computer Software and Commercial Computer Software Documentation are being licensed to U.S. Government end users (a) only as Commercial Items and (b) with only those rights as are granted to all other end users pursuant to the terms and conditions herein.

## App Stores

To the extent permitted by applicable law, the following supplemental terms shall apply when accessing the Platform through specific devices:

### Notice regarding Apple.

By downloading the Platform from a device made by Apple, Inc. ("Apple") or from Apple's App Store, you specifically acknowledge and agree that:

- These Terms between TikTok and you; Apple is not a party to these Terms.

- The license granted to you hereunder is limited to a personal, limited, non-exclusive, non-transferable right to install the Platform on the Apple device(s) authorised by Apple that you own or control for personal, non-commercial use, subject to the Usage Rules set forth in Apple's App Store Terms of Services.

- Apple is not responsible for the Platform or the content thereof and has no obligation whatsoever to furnish any maintenance or support services with respect to the Platform.

- In the event of any failure of the Platform to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price for the Platform, if any, to you. To the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the Platform.

- Apple is not responsible for addressing any claims by you or a third party relating to the Platform or your possession or use of the Platform, including without limitation (a) product liability claims; (b) any claim that the Platform fails to conform to any applicable legal or regulatory requirement; and (c) claims arising under consumer protection or similar legislation.

- In the event of any third party claim that the Platform or your possession and use of the Platform infringes such third party's intellectual property rights, Apple is not responsible for the investigation, defence, settlement or discharge of such intellectual property infringement claim.

- You represent and warrant that (a) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country; and (b) you are not listed on any U.S. Government list of prohibited or restricted parties.

- Apple and its subsidiaries are third party beneficiaries of these Terms and upon your acceptance of the terms and conditions of these Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce these Terms against you as a third party beneficiary hereof.

- TikTok expressly authorises use of the Platform by multiple users through the Family Sharing or any similar functionality provided by Apple.

### Windows Phone Store.

By downloading the Platform from the Windows Phone Store (or its successors) operated by Microsoft, Inc. or its affiliates, you specifically acknowledge and agree that:

- You may install and use one copy of the Platform on up to five (5) Windows Phone enabled devices that are affiliated with the Microsoft account you use to access the Windows Phone Store. Beyond that, we reserve the right to apply additional conditions or charge additional fees.

- You acknowledge that Microsoft Corporation, your phone manufacturer and network operator have no obligation whatsoever to furnish any maintenance and support services with respect to the Platform.

### Amazon Appstore.



Terms of Service
Privacy Policy
TikTok Platform Cookies Policy
Privacy Policy for Younger Users
Open Source
Virtual Items
Intellectual Property Policy
Law Enforcement Guidelines

no obligation whatsoever to furnish any maintenance and support services with respect to the Platform.

## Amazon Appstore.

By downloading the Platform from the Amazon Appstore (or its successors) operated by Amazon Digital Services, Inc. or affiliates ("Amazon"), you specifically acknowledge and agree that:

- to the extent of any conflict between (a) the Amazon Appstore Terms of Use or such other terms which Amazon designates as default end user license terms for the Amazon Appstore ("Amazon Appstore EULA Terms"), and (b) the other terms and conditions in these Terms, the Amazon Appstore EULA Terms shall apply with respect to your use of the Platform that you download from the Amazon Appstore, and

- Amazon does not have any responsibility or liability related to compliance or non-compliance by TikTok or you (or any other user) under these Terms or the Amazon Appstore EULA Terms.

## Google Play.

By downloading the Platform from Google Play (or its successors) operated by Google, Inc. or one of its affiliates ("Google"), you specifically acknowledge and agree that:

- to the extent of any conflict between (a) the Google Play Terms of Services and the Google Play Business and Program Policies or such other terms which Google designates as default end user license terms for Google Play (all of which together are referred to as the "Google Play Terms"), and (b) the other terms and conditions in these Terms, the Google Play Terms shall apply with respect to your use of the Platform that you download from Google Play, and

- you hereby acknowledge that Google does not have any responsibility or liability related to compliance or non-compliance by TikTok or you (or any other user) under these Terms or the Google Play Terms.

## Contact Us.

You can reach us at: https://www.tiktok.com/legal/report/feedback or write us at TikTok Inc.: 10100 Venice Blvd., Culver City, CA 90232 , USA

# Terms of Service

(If you are a user having your residence in the EEA, the United Kingdom or Switzerland)

*Last updated: July 2020*

## 1. Your Relationship With Us

Welcome to TikTok.

TikTok is a leading platform for creating and sharing short-form videos (the "**Platform**"). You are reading the terms of service (the "**Terms**"), which govern the relationship and serve as an agreement between you and us and set forth the terms and conditions by which you may access and use the Platform and our related websites (such as tiktok.com), services, applications, products and other content which are stated to be offered subject to these Terms (collectively, the "**Services**").

The Services are provided by the company that offers the Services in your region ("**TikTok**", "**we**" or "**us**"):

- Residents of the EEA + Switzerland: The Services are provided by TikTok Technology Limited, which is registered in Ireland with its registered office at 10 Earlsfort Terrace, Dublin, D02 T380, Ireland and company number 635755.

- Residents of the United Kingdom: The Services are provided by TikTok Information Technologies UK Limited, which is registered in England with its registered office at 6th Floor, One London Wall, London, EC2Y 5EB, United Kingdom.

Your Service provider may change if you relocate to another country and continue using our Services. The Services are provided for private, non-commercial use. For the purposes of these Terms, "**you**" and "**your**" means you as the user of the Services.

The Terms form a legally binding agreement between you and us. Please take the time to read them carefully and if you do not agree to them, please do not register, access or use any of the Services.

## 2. Description of the Services

The Services and the Platform are only for people 13 years old and over.

You can use the Services and the Platform via the TikTok mobile apps ("**App**") and via the TikTok Website ("**Website**"). Certain functions are available only in the App. Further, not all Services or features may be available in your country or region. Different features may be available in different versions of the Services. Certain features are not available for users under a certain age.

The Services allow you to create, publish and share short-form videos and to consume videos other users have created and interact with those videos and other users.

**Create and share videos:** In particular:



Terms of Service

Privacy Policy

TikTok Platform Cookies Policy

Privacy Policy for Younger Users

Open Source

Virtual Items

Intellectual Property Policy

Law Enforcement Guidelines

The Services allow you to create, publish and share short-form videos and to consume videos other users have created and interact with those videos and other users.

**Create and share videos:** In particular:

- You can record or import videos into the Services.

- You can edit videos and enrich them with filters and additional elements.

- You can also include content from other users in your videos, provided the creator of the respective video allows the use of their content for such purposes. Other users can use your content in their videos, if you allow the use of your content for such purposes.

- You can publish videos in the Services so that other users can consume your videos. Videos you publish publicly will be available in the App and on the Website.

- You can share your videos, or videos of others that have enabled sharing, via various messaging services and on third-party social media platforms (e.g. Instagram, Facebook, YouTube, Twitter) in accordance with the respective terms of service.

- You can enter a video description, tags and various privacy settings when publishing a video.

- You can enter a short biography text and profile picture in your public user profile.

- Subject to the conditions of our Virtual Items Policy you can live stream, use live streaming features, purchase coins and exchange coins for gifts (the "**Live Stream Program**").

**Consume videos:** You can consume videos of other users of the Services. In particular:

- You can consume videos that other users have shared publicly or by users you follow.

- The Service provides you with a customised "For You" page in which the Service selects videos to show you based on what the Service determines could be interesting for you. For further information, please see the Privacy Policy.

- The Service provides other ways to find content for you to consume, e.g. a list of other users' videos on their profile, a search function, and category selection.

- You can watch live streams of other users.

**Interact with other users:** You can interact with users' content and other users. In particular:

- Direct messages: You can send direct messages to users if they follow you.

- Likes: You can like videos.

- Comments: Subject to users' settings, you can post comments on their videos.

- Follows: You can follow users. If users restrict their profile, you can only follow users if they approve your request to follow.

- "Find Friends" functionality: You can find friends through your phone address book and through Facebook.

**Pro Accounts:** You can also upgrade your user account to a free "Pro Account". A Pro Account gives you access to additional features, such as aggregated statistics about your content. If you participate in the TikTok Creator Marketplace ("**Marketplace**"), you can use the Pro Account menu to access settings and manage requests relating to Marketplace functions.

**Limitations to the Services:** We strive to offer the Service without significant interruptions and to improve the Service continuously. However, it may occur that the service is completely or partially unavailable for certain periods of time for reasons of planned or unplanned downtime, for maintenance or in case of technical difficulties.

## 3. Accepting the Terms

By registering, accessing or using the Services, you agree that you can, and are entering into a legally binding contract with TikTok comprised of the Terms, that you are 13 years old or over and that you accept these Terms and that you agree to comply with them.

Your access to and use of our Services is also subject to our Community Guidelines and our Virtual Items Policy, the terms of which can be found directly on the Platform, or where the Platform is made available for download, on your mobile device's applicable app store. Those additional guidelines and policies are incorporated into this legally binding contract between you and us by reference.

Please also review our Privacy Policy as this governs how we use your personal information.

If you are accessing or using the Services on behalf of a business or entity, then (a) "you" and "your" includes you and that business or entity, (b) you represent and warrant that you are an authorized representative of the business or entity with the authority to bind the entity to these Terms, and that you agree to these Terms on the entity's behalf, and (c) your business or entity is legally and financially responsible for your access or use of the Services as well as for the access or use of your account by others affiliated with your entity, including any employees, agents or contractors.

While we will always have a copy of our current Terms available on the Platform (including the "Last Updated" date), you should print off or save a local copy of the Terms for your records.

## 4. Changes to the Terms and Services

We are constantly innovating, changing and improving the Services. We may also amend these Terms from

Updated" date), you should print off or save a local copy of the Terms for your records.

Terms of Service

Privacy Policy

TikTok Platform Cookies Policy

Privacy Policy for Younger Users

Open Source

Virtual Items

Intellectual Property Policy

Law Enforcement Guidelines

## 4. Changes to the Terms and Services

We are constantly innovating, changing and improving the Services. We may also amend these Terms from time to time, for instance when we update the functionality of the Services, or where there are regulatory changes that impact these Terms or the Services.

We will provide reasonable advance notice such as through a notice on our Platform of any material modifications to these Terms or our Services that will materially disadvantage you or materially limit the access or usage of our Services. However, you should also look at the Terms regularly to check for such changes. We will also update the "Last Updated" date at the top of these Terms, to reflect the effective date of the most recently updated version of the Terms. As we do not permit the use of the Services by persons who do not agree to comply with our Terms, your continued access or use of the Services after the date of the new Terms constitutes your acceptance of such new Terms. If you do not agree to the new Terms, you must stop accessing or using the Services and close your account (if applicable).

For modifications to the Terms or to the Services that we need to make to meet security, safety, legal or regulatory requirements, we may not be able to notify you in advance but we will let you know as soon as practicable.

## 5. Your Account with Us

To access or use some of our Services, you must create an account with us. When you create this account, you must provide accurate and up-to-date information. It is important that you maintain and promptly update your details and any other information you provide to us, to keep such information current and complete. The Terms are also accessible to you on the Platform at all times. It is important that you keep your account password confidential and that you do not disclose it to any third party. If you know or suspect that any third party knows your password or has accessed your account, you must notify us immediately at: https://www.tiktok.com/legal/report/feedback.

## 6. Termination

We reserve the right to temporarily or permanently suspend or terminate your user account or impose limits on or restrict your access to parts or all of the Services with or without notice at any time for any or no reason including:

- if we reasonably believe you violate, or we have objective grounds to reasonably believe you are about to violate, the Terms, including any incorporated agreements, policies or guidelines (such as our Community Guidelines), or any applicable laws or regulations;

- if activities occur on your account which, in our sole discretion, would or might cause damage to or impair us or our Services or infringe or violate any third party rights (including intellectual property rights);

- in response to requests by law enforcement or other government agencies under valid legal process;

- due to unexpected technical or security issues or problems; or

- if there are extended periods of inactivity in your account.

If we permanently suspend or terminate your user account, we will notify you in advance in order to allow you time to access and save your information and content unless we have reason to believe that continued access to your account will cause damage to us or our Services, or violate requests by law enforcement or other government agencies, applicable laws or regulations or third party rights.

Subject to any statutory rights you might have, if your account is temporarily or permanently suspended or terminated, access to your username, password, and any related information or content associated with your account may be suspended or terminated. As we do not guarantee the permanent availability of your content, you should make backups of any content you value.

If you no longer want to use our Services, you can request the deletion of your account through the functionalities provided on the Platform. You can also contact us at: https://www.tiktok.com/legal/report/feedback. We will provide you with further assistance and guide you through the process of the deletion of your account. Please be aware that once you choose to delete your account, you will not be able to reactivate your account or retrieve any of the content or information you have added.

## 7. Your use of the Services

Your access to and use of the Services is subject to these Terms and all applicable laws and regulations. You may not:

- access or use the Services if you are not 13 years old or older, or if you are otherwise unable to agree to these Terms;

- make copies, modify, adapt, translate, reverse engineer, disassemble, decompile or create any derivative works based on the Services, including any files, tables or documentation (or any portion thereof) or determine or attempt to determine any source code, algorithms, methods or techniques embodied in the Platform or any derivative works thereof *unless* any such activities are expressly authorised by us in advance;

- distribute, license, transfer, or sell, in whole or in part, any of the Services or any derivative works thereof;



Document title: Terms of Service | TikTok
Capture URL: https://www.tiktok.com/legal/terms-of-service?lang=en
Capture timestamp (UTC): Mon, 24 May 2021 18:02:03 GMT

Terms of Service

Privacy Policy

TikTok Platform Cookies Policy

Privacy Policy for Younger Users

Open Source

Virtual Items

Intellectual Property Policy

Law Enforcement Guidelines

authorised by us in advance;

- distribute, license, transfer, or sell, in whole or in part, any of the Services or any derivative works thereof;

- market, rent or lease the Services for a fee or charge, or use the Platform to advertise or perform any commercial solicitation *unless* such activities are expressly authorised by us in advance;

- use the Services, without our express written consent, for any commercial or unauthorized purpose, including communicating or facilitating any commercial advertisement or solicitation or spamming;

- interfere with or attempt to interfere with the proper working of the Services, disrupt the Platform, our Website or any networks connected to the Services, or bypass any measures we may use to prevent or restrict access to the Services;

- incorporate the Platform or any portion thereof into any other program or product and, in such case, we reserve the right to refuse service, terminate accounts or limit access to the Services at our sole discretion;

- use any automated system or software, whether operated by a third party or otherwise, to extract any data from the Service for commercial purposes ("screen scraping");

- impersonate any person or entity, or falsely state or otherwise misrepresent you or your affiliation with any person or entity, including giving the impression that any content you upload, post, transmit, distribute or otherwise make available emanates from the Services;

- intimidate or harass another, or promote sexually explicit material, violence or discrimination based on race, sex, religion, nationality, disability, sexual orientation or age;

- use or attempt to use another's account, service or system without authorisation from TikTok, or create a false identity on the Services;

- use the Services in a manner that may create a conflict of interest for you or us or that undermine the purposes of the Services, such as trading reviews with other users or writing or soliciting shill reviews;

- use the Services to either intentionally, recklessly or negligently upload, transmit, distribute, store or otherwise make available:

  - any material which does or may infringe applicable laws or which infringes someone else's rights;

  - any viruses, trojans, worms, logic bombs or other material that is malicious or technologically harmful;

  - any unsolicited or unauthorised advertising, solicitations, promotional materials, "junk mail", "spam", "chain letters", "pyramid schemes", or any other prohibited form of solicitation;

  - any material which does or may infringe any copyright, trade mark or other intellectual property of any other person;

  - any material which infringes privacy or personality rights of any other person or deceased person;

  - any material which is defamatory of any person, obscene, offensive, pornographic, hateful or inflammatory;

  - any material that would constitute, encourage or provide instructions for a criminal offence, dangerous activities or self-harm;

  - any material that is deliberately designed to provoke or antagonise people, especially trolling and bullying, or is intended to harass, harm, hurt, scare, distress, embarrass or upset people;

  - any material that contains a threat of any kind, including threats of physical violence;

  - any material that is racist or discriminatory, including discrimination on the basis of someone's race, religion, age, gender, disability or sexuality;

  - any answers, responses, comments, opinions, analysis or recommendations that you are not properly licensed or otherwise qualified to provide;

  - any material that, in the sole judgment of TikTok, is objectionable or which restricts or inhibits any other person from using the Services, or which may expose TikTok, the Services or its users to any harm or liability of any type.

In addition to the above, your access to and use of the Services must, at all times, be compliant with our Community Guidelines.

We reserve the right, at any time and without prior notice, to permanently or temporarily remove or suspend access to content if in our sole opinion the content violates or potentially violates these Terms or our Community Guidelines, third party rights (including intellectual property rights), applicable laws or regulations or is otherwise harmful to the Services, our users or third-parties.

## 8. Intellectual Property Rights

We respect intellectual property rights and ask you to do the same. As a condition of your access to and use of the Services, you agree not to infringe intellectual property rights of any person while using the Services. For example, you agree not to upload any content that is the property of someone else to the



We respect intellectual property rights and ask you to do the same. As a condition of your access to and use of the Services, you agree not to infringe intellectual property rights of any person while using the Services. For example, you agree not to upload any content that is the property of someone else to the Services.

## 9. Content

**TikTok Content**

- As between you and TikTok, all content, software, images, text, graphics, illustrations, logos, patents, trademarks, service marks, copyrights, photographs, audio, videos, music on and "look and feel" of the Services, the Platform and the App, and all intellectual property rights related thereto (the "**TikTok Content**"), are either owned or licensed by TikTok, it being understood that you or your licensors will own any User Content (as defined below) you upload or transmit through the Services. Use by you of the TikTok Content or other materials available as part of the Services for any purpose not expressly permitted by these Terms is strictly prohibited. Such content and materials may not be downloaded, copied, reproduced, distributed, transmitted, broadcast, displayed, sold, licensed or otherwise exploited for any purpose whatsoever without our or, where applicable, our licensors' prior express written consent. We and our licensors reserve absolutely and unconditionally all rights arising out of or in connection with the Services and the TikTok Content not expressly granted in and to such content and materials.

- You acknowledge and agree that we may generate revenues, increase goodwill or otherwise increase our value from your use of the Services, including, by way of example and not limitation, through the sale of advertising, sponsorships, promotions, usage data and gifts and except as specifically permitted by us in these Terms or in another agreement you enter into with us, you will have no right to share in any such revenue, goodwill or value whatsoever. You further acknowledge that, except as specifically permitted by us in these Terms or in another agreement you enter into with us, you (i) have no right to receive any income or other consideration from any User Content (defined below) or your use of any musical works, sound recordings or audiovisual clips made available to you on or through the Services, including in any User Content created by you, and (ii) are prohibited from exercising any rights to monetize or obtain consideration from any User Content within the Services or on any third party service (including, without limitation, YouTube, Facebook, Instagram, Twitter or any other social media platform) to the extent that such User Content has been in any way edited or otherwise altered through the Services (including through the use of TikTok Elements (as defined below).

- Subject to these Terms, you are hereby granted a non-exclusive, limited, non-transferable, non-sublicensable, revocable, worldwide license to access and use the Services, including to download the Platform on a permitted device, and to access the TikTok Content solely for your personal, non-commercial use through your use of the Services and solely in compliance with these Terms. TikTok reserves absolutely and unconditionally all rights not expressly granted herein in the Services and the TikTok Content. You acknowledge and agree that upon any termination of your account or these Terms, this license granted to you in respect of the Services will automatically terminate.

- NO RIGHTS ARE LICENSED TO YOU UNDER THESE TERMS WITH RESPECT TO SOUND RECORDINGS (AND THE MUSICAL WORKS EMBODIED THEREIN) THAT ARE MADE AVAILABLE FROM OR THROUGH THE SERVICES.

- You acknowledge and agree that when you view content provided by others on the Services, you are doing so at your own risk. The content on our Services is provided for general information only. It is not intended to amount to advice on which you should rely. You must obtain professional or specialist advice before taking, or refraining from, any action on the basis of the content on the Services.

- We make no representations, warranties or guarantees, whether express or implied, that any TikTok Content (including User Content) is accurate, complete or up to date. Where the Services contain links to other sites and resources provided by third parties, these links are provided for your information only. We have no visibility or control over the contents on or available through those sites or resources and you acknowledge and agree that we have no liability for any such content. Such links should not be interpreted as approval by us of those linked websites or information you may obtain on or through them. You acknowledge that we have no obligation to pre-screen, monitor, review, or edit any content posted by you and other users on the Platform (including User Content).

**User-Generated Content**

- Users of the Services may be permitted to upload, post or transmit (such as via a stream) or otherwise make available content through the Services including, without limitation, any text, photographs, user videos, sound recordings and the musical works embodied therein (including videos that incorporate locally stored sound recordings from your personal music library and ambient noise) uploaded to, or otherwise made available through, the Services ("**User Content**"). You acknowledge and agree that users of the Services may also extract all or any portion of User Content uploaded or otherwise made available by you through the Services so as to produce additional User Content, including collaborative User Content with other users that combine and intersperse with User Content generated by you and other users.

- Users of the Services may also overlay music, graphics, stickers, Virtual Items (as defined and further explained in the Virtual Items Policy) and other elements provided by TikTok ("**TikTok Elements**") onto User Content and transmit this User Content through the Services. The information and materials in the User Content, including User Content that includes TikTok Elements, have not been verified or approved by us. The views expressed by other users on the Services (including through use of the virtual gifts) do not represent our views or values.

explained in the Virtual Items Policy) and other elements provided by TikTok ("**TikTok Elements**") onto User Content and transmit this User Content through the Services. The information and materials in the User Content, including User Content that includes TikTok Elements, have not been verified or approved by us. The views expressed by other users on the Services (including through use of the virtual gifts) do not represent our views or values.

- Whenever you access or use a feature that allows you to upload or transmit User Content through the Services (including via certain third party social media platforms such as Instagram, Facebook, YouTube or Twitter), or to make contact with other users of the Services, you must comply with the standards set out at Section 7 above. You may also choose to upload or transmit your User Content, including User Content that includes TikTok Elements, on sites or platforms hosted by third parties. If you decide to do this, you must comply with their content guidelines as well as with the standards set out in this Section 9 above. You warrant that any such contribution does comply with those standards, and you will be liable to us and indemnify us for any breach of that warranty. This means you will be responsible for any loss or damage we suffer as a result of your breach of warranty.

- Any User Content will be considered non-confidential. You must not post any User Content on or through the Services or transmit to us any User Content that you consider to be confidential or proprietary to any other person. When you submit User Content through the Services, you agree and represent that you own that User Content, or you have received all necessary permissions (including any necessary licenses), clearances from, or are authorised by, the owner of any part of the content to submit such User Content to the Services, to transmit it from the Services to other third party platforms, and/or to otherwise make any use of such User Content on or through the Services.

- If you only own the rights in and to a sound recording, but not to the underlying musical works embodied in such sound recordings, then you must not upload or otherwise make available such sound recordings through the Services unless you have all permissions (including any necessary licenses), clearances from, or are authorised by, the owner of any part of the content to submit it to the Services .

- Except as expressly provided otherwise in these Terms, you or the owner of your User Content still own the copyright and any other intellectual property rights in User Content sent to us, but by submitting User Content via the Services, you hereby grant (i) to us and our affiliates, agents, services providers, partners and other connected third parties an unconditional irrevocable, non-exclusive, royalty-free, fully transferable (including sub-licensable), perpetual worldwide licence to use, modify, adapt, reproduce, make derivative works of, publish and/or transmit, and/or distribute and to authorise others users of the Services and other third-parties to view, access, use, download, modify, adapt, reproduce, make derivative works of, publish and/or transmit your User Content in any format and on any platform, either now known or hereinafter invented; (ii) to other users of the Services an unconditional irrevocable, non-exclusive, royalty-free, perpetual worldwide licence to use, modify, adapt, reproduce, make derivative works of, download, publish and/or transmit, and/or distribute some or all of your User Content in any format and on any platform, either now known or hereinafter invented for the purpose of generating other User Content or viewing your User Content for entertainment or other private, non-commercial purposes.

- You further grant us and our affiliates, agents, services providers, partners and other connected third parties a royalty-free license to use your user name, image, voice, and likeness to identify you as the source of any of your User Content.

- For the avoidance of doubt, the rights granted in the preceding paragraphs of this Section include, but are not limited to, the right to reproduce sound recordings (and make mechanical reproductions of the musical works embodied in such sound recordings), and publicly perform and communicate to the public sound recordings (and the musical works embodied therein), all on a royalty-free basis. This means that you are granting us the right to use your User Content without the obligation to pay royalties to you or any third party, including, but not limited to, a sound recording copyright owner (e.g. a record label), a musical work copyright owner (e.g. a music publisher), a performing rights organisation (e.g. ASCAP, BMI, SESAC, etc.) (a "**PRO**"), a sound recording PRO (e.g. SoundExchange), any unions or guilds, and engineers, producers or other royalty participants that may be involved (either knowingly or otherwise) in the creation of User Content.

**Specific Rules for Musical Works and for Recording Artists.** If you are a composer or author of a musical work and are affiliated with a PRO, then you must notify your PRO of the royalty-free license you grant through these Terms in your User Content to us. You are solely responsible for ensuring your compliance with the relevant PRO's reporting obligations and any other terms of that PRO applicable to you. If you have assigned your rights to a music publisher, then you must obtain the consent of such music publisher to grant the royalty-free license(s) set forth in these Terms in your User Content or have such music publisher enter into these Terms with us. Just because you authored a musical work (e.g. wrote a song) does not mean you have the right to grant us the licenses in these Terms. If you are a recording artist under contract with a record label, then you are solely responsible for ensuring that your use of the Services is in compliance with any contractual obligations you may have to your record label, including if you create any new recordings through the Services that may be claimed by your label.

**Through-To-The-Audience Rights.** All of the rights you grant in your User Content in these Terms are provided on a through-to-the-audience basis, meaning the owners or operators of third party services will not have any separate liability to you or any third party arising out of or in connection with such availability of your User Content through such third party services.

**Waiver of Rights to User Content.** By posting User Content to or through the Services, you waive any rights to prior inspection or approval of any marketing or promotional materials related to such User Content. You also waive (to the extent permitted by applicable law) any and all rights of privacy, publicity, or any other rights of a similar nature in connection with your User Content, or any portion thereof. You hereby waive (to the extent permitted by applicable law) and agree never to assert any and all moral rights you may have in or with respect of any of the User Content you upload or otherwise make available through the Services, or to support, maintain or permit any action based on any such moral rights.



Document title: Terms of Service | TikTok
Capture URL: https://www.tiktok.com/legal/terms-of-service?lang=en
Capture timestamp (UTC): Mon, 24 May 2021 18:02:03 GMT

also waive (to the extent permitted by applicable law) any and all rights of privacy, publicity, or any other rights of a similar nature in connection with your User Content, or any portion thereof. You hereby waive (to the extent permitted by applicable law) and agree never to assert any and all moral rights you may have in or with respect of any of the User Content you upload or otherwise make available through the Services, or to support, maintain or permit any action based on any such moral rights.

You acknowledge and agree that in certain circumstances, we also have the right to disclose your identity to any third party who is claiming that any User Content posted or uploaded by you to our Services constitutes a violation of their intellectual property rights, or of their right to privacy.

We, or authorised third parties, reserve the right to cut, crop, edit or refuse to publish your content at our or their sole discretion. We have the right to remove, disallow, block or delete any posting you make on our Platform if, in our opinion, your post does not comply with the content standards set out at Section 2 (Your Use of Our Services) above. In addition, we have the right – but not the obligation – in our sole discretion to remove, disallow, block or delete any User Content (i) that we consider to violate these Terms, or (ii) in response to complaints from other users or third parties, with or without notice and without any liability to you. As a result, we recommend that you save copies of any User Content that you post to the Services on your personal device(s) in the event that you want to ensure that you have permanent access to copies of such User Content. We do not guarantee the accuracy, integrity, appropriateness or quality of any User Content, and under no circumstances will we be liable in any way for any User Content.

You control whether your User Content is made publicly available on the Services to all other users of the Services or only available to people you approve. To change the default access setting for how your User Content is made available to other users, you should access the privacy setting available within the Services and follow the simple and clearly delineated steps set out therein.

We accept no liability in respect of any content or information submitted by users of the Services and published by us, or on our behalf, on any of the Services or elsewhere by third parties.

If you find inappropriate content that violates our Community Guidelines or have any other issues you'd like to raise, you can send us a report.

While our own staff is continually working to develop and evaluate our own product ideas and features, we pride ourselves on paying close attention to the interests, feedback, comments, and suggestions we receive from the user community. If you choose to contribute by sending us or our employees any ideas for products, services, features, modifications, enhancements, content, refinements, technologies, content offerings (such as audio, visual, games, or other types of content), promotions, strategies, or product/feature names, or any related documentation, artwork, computer code, diagrams, or other materials (collectively "**Feedback**"), then regardless of what your accompanying communication may say, the following terms will apply, so that the status of such Feedback is clearly understood by you and us. Accordingly, by sending Feedback to us, you agree that:

- we have no obligation to review, consider, or implement your Feedback, or to return to you all or part of any Feedback for any reason;

- Feedback is provided on a non-confidential basis, and we are not under any obligation to keep any Feedback you send confidential or to refrain from using or disclosing it in any way; and

- you irrevocably grant us an unconditional, non-exclusive, royalty free, fully transferable (including sub-licensable), perpetual worldwide and unlimited license to adapt, reproduce, distribute, create derivative works of, modify, publicly perform (including on a through-to-the-audience basis), communicate to the public, make available, publicly display, and otherwise use and exploit the Feedback and derivatives thereof for any purpose and without restriction, free of charge and without attribution of any kind, including by making, using, selling, offering for sale, importing, and promoting commercial products and services that incorporate or embody Feedback, whether in whole or in part, and whether as provided or as modified.

## 10. Indemnity

You agree to defend, indemnify, and hold harmless TikTok, its parents, subsidiaries, and affiliates, and each of their respective officers, directors, employees, agents and advisors from any and all claims, liabilities, costs, damages, losses and expenses (including, but not limited to, attorneys' fees and expenses) arising out of or in connection with any breach by you (or any user of your account for any of the Services) of these Terms, including but not limited to a breach of your obligations, representation and warranties.

## 11. EXCLUSION OF WARRANTIES

NOTHING IN THESE TERMS SHALL AFFECT ANY STATUTORY RIGHTS THAT YOU: (I) CANNOT CONTRACTUALLY AGREE TO ALTER OR WAIVE; AND (II) ARE LEGALLY ALWAYS ENTITLED TO AS A CONSUMER.

THE SERVICES ARE PROVIDED "AS IS" AND WE MAKE NO WARRANTY OR REPRESENTATION TO YOU WITH RESPECT TO THEM. IN PARTICULAR WE DO NOT REPRESENT OR WARRANT TO YOU THAT:

- YOUR USE OF THE SERVICES WILL MEET YOUR REQUIREMENTS;

- YOUR USE OF THE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE OR FREE FROM ERROR;

- ANY INFORMATION OBTAINED BY YOU AS A RESULT OF YOUR USE OF THE SERVICES WILL BE ACCURATE OR RELIABLE OR FREE FROM ERROR; AND

- DEFECTS IN THE OPERATION OR FUNCTIONALITY OF ANY SOFTWARE PROVIDED TO YOU AS PART OF THE SERVICES WILL BE CORRECTED.

TO THE EXTENT ALLOWED UNDER APPLICABLE LAW, NO CONDITIONS, REPRESENTATIONS, WARRANTIES, STATEMENTS OR OTHER TERMS (INCLUDING ANY IMPLIED TERMS AS TO SATISFACTORY QUALITY, FITNESS FOR PURPOSE OR CONFORMANCE WITH DESCRIPTION) APPLY TO THE SERVICES

Terms of Service
Privacy Policy
TikTok Platform Cookies Policy
Privacy Policy for Younger Users
Open Source
Virtual Items
Intellectual Property Policy
Law Enforcement Guidelines



Terms of Service
Privacy Policy
TikTok Platform Cookies Policy
Privacy Policy for Younger Users
Open Source
Virtual Items
Intellectual Property Policy
Law Enforcement Guidelines

PART OF THE SERVICES WILL BE CORRECTED.

TO THE EXTENT ALLOWED UNDER APPLICABLE LAW, NO CONDITIONS, REPRESENTATIONS, WARRANTIES, STATEMENTS OR OTHER TERMS (INCLUDING ANY IMPLIED TERMS AS TO SATISFACTORY QUALITY, FITNESS FOR PURPOSE OR CONFORMANCE WITH DESCRIPTION) APPLY TO THE SERVICES EXCEPT TO THE EXTENT THAT THEY ARE EXPRESSLY SET OUT IN THE TERMS. WE MAY CHANGE, SUSPEND, WITHDRAW OR RESTRICT THE AVAILABILITY OF ALL OR ANY PART OF OUR PLATFORM FOR BUSINESS AND OPERATIONAL REASONS AT ANY TIME WITHOUT NOTICE.

## 12. LIMITATION OF LIABILITY

NOTHING IN THESE TERMS SHALL EXCLUDE OR LIMIT OUR LIABILITY FOR LOSSES WHICH MAY NOT BE LAWFULLY EXCLUDED OR LIMITED BY APPLICABLE LAW. THIS INCLUDES LIABILITY FOR DEATH OR PERSONAL INJURY CAUSED BY OUR NEGLIGENCE OR THE NEGLIGENCE OF OUR EMPLOYEES, AGENTS OR SUBCONTRACTORS AND FOR FRAUD OR FRAUDULENT MISREPRESENTATION.

- SUBJECT TO THE PARAGRAPH ABOVE, WE SHALL NOT BE LIABLE TO YOU WHETHER IN CONTRACT, IN TORT (INCLUDING NEGLIGENCE), UNDER ANY STATUTE OR OTHERWISE UNDER OR IN CONNECTION WITH THESE TERMS OR THE PROVISION OR RECEIPT OF THE SERVICES FOR : (I) ANY LOSS OF PROFIT (II) ANY LOSS OF GOODWILL; (III) ANY LOSS OF OPPORTUNITY; (IV) ANY LOSS OF DATA; (V) ANY LOSS OF BUSINESS; (VI) ANY BUSINESS INTERRUPTION; (VII) ANY LOSS OF BUSINESS REPUTATION; OR (VIII) ANY INDIRECT OR CONSEQUENTIAL LOSSES OF WHATEVER NATURE.

- SUBJECT TO THE FIRST PARAGRAPH OF THIS SECTION 12, OUR TOTAL AGGREGATE LIABILITY WHETHER IN CONTRACT, IN TORT (INCLUDING NEGLIGENCE), UNDER ANY STATUTE OR OTHERWISE UNDER OR IN CONNECTION WITH THESE TERMS AND THE PROVISION AND RECEIPT OF THE SERVICES WILL BE LIMITED TO THE HIGHER OF: (I) THE AMOUNT PAID BY YOU TO TIKTOK WITHIN THE 12 MONTH PERIOD IMMEDIATELY PRECEDING YOUR CLAIM AGAINST TIKTOK; OR (II) € 100.00.

- YOU ACKNOWLEDGE AND AGREE THAT SUBJECT TO THE FIRST PARAGRAPH OF THIS SECTION 12, WE SHALL NOT BE LIABLE WHETHER IN CONTRACT, IN TORT (INCLUDING NEGLIGENCE), UNDER ANY STATUTE OR OTHERWISE FOR ANY LIABILITY, LOSS, EXPENSE (INCLUDING LEGAL FEES), COST CLAIM OR DAMAGES WHICH MAY BE INCURRED BY YOU OR ANY OTHER PERSON ARISING OUT OF OR IN CONNECTION WITH: ANY RELIANCE PLACED BY YOU ON THE COMPLETENESS, ACCURACY OR EXISTENCE OF ANY ADVERTISING, OR AS A RESULT OF ANY RELATIONSHIP OR TRANSACTION BETWEEN YOU AND ANY ADVERTISER OR SPONSOR WHOSE ADVERTISING APPEARS ON THE SERVICES; ANY CHANGES WHICH WE MAY MAKE TO THE SERVICES, OR FOR ANY PERMANENT OR TEMPORARY CESSATION IN THE PROVISION OF THE SERVICES (OR ANY FEATURES WITHIN THE SERVICES); THE DELETION OF, CORRUPTION OF, OR FAILURE TO STORE, ANY CONTENT AND OTHER COMMUNICATIONS DATA MAINTAINED OR TRANSMITTED BY OR THROUGH YOUR USE OF THE SERVICES; YOUR FAILURE TO PROVIDE US WITH ACCURATE ACCOUNT INFORMATION; OR YOUR FAILURE TO KEEP YOUR PASSWORD OR ACCOUNT DETAILS SECURE AND CONFIDENTIAL.

PLEASE NOTE THAT WE ONLY PROVIDE OUR PLATFORM FOR DOMESTIC AND PRIVATE USE. YOU AGREE NOT TO USE OUR PLATFORM FOR ANY COMMERCIAL OR BUSINESS PURPOSES UNLESS WE HAVE GRANTED EXPRESS WRITTEN CONSENT.

IF DEFECTIVE DIGITAL CONTENT THAT WE HAVE SUPPLIED DAMAGES A DEVICE OR DIGITAL CONTENT BELONGING TO YOU AND THIS IS CAUSED BY OUR FAILURE TO USE REASONABLE CARE AND SKILL, WE WILL EITHER REPAIR THE DAMAGE (IN WHICH CASE YOU WILL BE RESPONSIBLE FOR COMPLYING WITH OUR DIRECTIONS IN RELATION TO THE DELIVERY OF THE DEVICE TO US OR OUR SERVICE PROVIDERS) OR PAY YOU REASONABLE COMPENSATION. HOWEVER, WE WILL NOT BE LIABLE FOR DAMAGE THAT YOU COULD HAVE AVOIDED BY FOLLOWING OUR ADVICE TO APPLY AN UPDATE OFFERED TO YOU FREE OF CHARGE OR FOR DAMAGE THAT WAS CAUSED BY YOU FAILING TO CORRECTLY FOLLOW INSTALLATION INSTRUCTIONS OR TO HAVE IN PLACE THE MINIMUM SYSTEM REQUIREMENTS ADVISED BY US.

THESE LIMITATIONS ON OUR LIABILITY TO YOU SHALL APPLY WHETHER OR NOT WE HAVE BEEN ADVISED OF OR SHOULD HAVE BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES ARISING.

YOU ARE RESPONSIBLE FOR ANY MOBILE CHARGES THAT MAY APPLY TO YOUR USE OF OUR SERVICE, INCLUDING TEXT-MESSAGING AND DATA CHARGES. IF YOU'RE UNSURE WHAT THOSE CHARGES MAY BE, YOU SHOULD ASK YOUR SERVICE PROVIDER BEFORE USING THE SERVICE.

## 13. Other Terms

- Governing Law and Jurisdiction.

  - Residents of the EEA and Switzerland. These Terms and any dispute or claim (including non-contractual disputes or claims) arising out of or in connection with their subject matter, are governed by the laws of Ireland subject only to any applicable mandatory law in the country in which you reside. The United Nations Convention on Contracts for the International Sale of Goods as well as any other similar law, regulation or statute in effect in any other jurisdiction shall not apply. You and TikTok agree that the Irish courts shall have non-exclusive jurisdiction to settle any dispute or claim (including non-contractual disputes or claims) arising out of or in connection with the Terms or their subject matter or formation subject only to any applicable mandatory law in the country in which you reside or choice of jurisdiction provisions that cannot be varied by contract. Alternatively, you may raise the dispute with an alternative dispute resolution body via the EU Commission's Online Dispute Resolution (ODR) Platform.

  - Residents of the United Kingdom. These Terms and any dispute or claim (including non-



mandatory law in the country in which you reside or choice of jurisdiction provisions that cannot be varied by contract. Alternatively, you may raise the dispute with an alternative dispute resolution body via the EU Commission's Online Dispute Resolution (ODR) Platform.

- **Residents of the United Kingdom.** These Terms and any dispute or claim (including non-contractual disputes or claims) arising out of or in connection with their subject matter, are governed by the laws of England and Wales. The United Nations Convention on Contracts for the International Sale of Goods as well as any other similar law, regulation or statute in effect in any other jurisdiction shall not apply. You and TikTok agree that the courts of England and Wales shall have non-exclusive jurisdiction to settle any dispute or claim (including non-contractual disputes or claims) arising out of or in connection with the Terms or their subject matter or formation. Alternatively, you may raise the dispute with an alternative dispute resolution body via the EU Commission's Online Dispute Resolution (ODR) Platform.

- **Open Source.** The Apps contain certain open source software. Each item of open source software is subject to its own applicable license terms, which can be found in our Open Source Policy.

- **Entire Agreement.** These Terms (including the Supplemental Terms below) constitute the whole legal agreement between you and TikTok and replace any prior applicable Terms and Conditions that governed the service prior to the Last Updated date specified above.

- **No Waiver.** Our failure to insist upon or enforce any provision of these Terms (or to exercise any other right or remedy under these Terms) shall not be construed as a waiver of any provision or right under these Terms nor shall it prevent or restrict the further exercise of that or any other right or remedy.

- **Security.** You are responsible for configuring your information technology, computer programmes and platform to access our Platform. You should use your own virus protection software.

- **Severability.** If any court of law, having jurisdiction to decide on this matter, rules that any provision of these Terms is invalid, illegal or unenforceable then that provision shall be removed from the Terms without affecting the rest of the Terms, and the remaining provisions of the Terms will continue to be valid and enforceable.

- **Questions?** Contact us at: https://www.tiktok.com/legal/report/feedback.

- **Consequences of termination.** In the event of the termination of the legally binding agreement between you and us, the following provisions of the Terms shall survive termination:

  - Our right to use and disclose Feedback as described in Section 9

  - Other users' rights to further re-share User Content and any other information you shared through the Services to the extent you did so prior to termination

  - Any amounts owed by you to TikTok

  - Sections 10, 11, 12 and 13.

**Supplemental Terms – App Stores**

To the extent permitted by applicable law, the following supplemental terms shall apply:

**Notice regarding Apple.** By accessing the Platform through a device made by Apple, Inc. ("Apple"), you specifically acknowledge and agree that:

- These Terms are between TikTok and you; Apple is not a party to these Terms.

- The license granted to you hereunder is limited to a personal, limited, non-exclusive, non-transferable right to install the Platform on the Apple device(s) authorised by Apple that you own or control for personal, non-commercial use, subject to the Usage Rules set forth in Apple's App Store Terms of Services.

- Apple is not responsible for the Platform or the content thereof and has no obligation whatsoever to furnish any maintenance or support services with respect to the Platform.

- In the event of any failure of the Platform to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price for the Platform, if any, to you. To the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the Platform.

- Apple is not responsible for addressing any claims by you or a third party relating to the Platform or your possession or use of the Platform, including without limitation (a) product liability claims; (b) any claim that the Platform fails to conform to any applicable legal or regulatory requirement; and (c) claims arising under consumer protection or similar legislation.

- In the event of any third party claim that the Platform or your possession and use of the Platform infringes such third party's intellectual property rights, Apple is not responsible for the investigation, defence, settlement or discharge of such intellectual property infringement claim.

- You represent and warrant that (a) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country; and (b) you are not listed on any U.S. Government list of prohibited or restricted parties.

- Apple and its subsidiaries are third party beneficiaries of these Terms and upon your acceptance of the terms and conditions of these Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce these Terms against you as a third party beneficiary hereof.

- TikTok expressly authorises use of the Platform by multiple users through the Family Sharing or any



Terms of Service

Privacy Policy

TikTok Platform Cookies Policy

Privacy Policy for Younger Users

Open Source

Virtual Items

Intellectual Property Policy

Law Enforcement Guidelines

- Apple and its subsidiaries are third party beneficiaries of these Terms and upon your acceptance of the terms and conditions of these Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce these Terms against you as a third party beneficiary hereof.

- TikTok expressly authorises use of the Platform by multiple users through the Family Sharing or any similar functionality provided by Apple.

**Windows Phone Store.** By downloading the Platform from the Windows Phone Store (or its successors) operated by Microsoft, Inc. or its affiliates, you specifically acknowledge and agree that:

- You may install and use one copy of the Platform on up to five (5) Windows Phone enabled devices that are affiliated with the Microsoft account you use to access the Windows Phone Store. Beyond that, we reserve the right to apply additional conditions or charge additional fees.

- You acknowledge that Microsoft Corporation, your phone manufacturer and network operator have no obligation whatsoever to furnish any maintenance and support services with respect to the Platform.

**Amazon Appstore.** By downloading the Platform from the Amazon Appstore (or its successors) operated by Amazon Digital Services, Inc. or affiliates ("**Amazon**"), you specifically acknowledge and agree that:

- to the extent of any conflict between (a) the Amazon Appstore Terms of Use or such other terms which Amazon designates as default end user license terms for the Amazon Appstore ("Amazon Appstore EULA Terms"), and (b) the other terms and conditions in these Terms, the Amazon Appstore EULA Terms shall apply with respect to your use of the Platform that you download from the Amazon Appstore, and

- Amazon does not have any responsibility or liability related to compliance or non-compliance by TikTok or you (or any other user) under these Terms or the Amazon Appstore EULA Terms.

**Google Play.** By downloading the Platform from Google Play (or its successors) operated by Google, Inc. or one of its affiliates ("**Google**"), you specifically acknowledge and agree that:

- to the extent of any conflict between (a) the Google Play Terms of Services and the Google Play Business and Program Policies or such other terms which Google designates as default end user license terms for Google Play (all of which together are referred to as the "Google Play Terms"), and (b) the other terms and conditions in these Terms, the Google Play Terms shall apply with respect to your use of the Platform that you download from Google Play, and

- you hereby acknowledge that Google does not have any responsibility or liability related to compliance or non-compliance by TikTok or you (or any other user) under these Terms or the Google Play Terms.

# Terms of Service

(If you are a user having your usual residence in India)

*Last updated: February 2020*

General Terms

## 1. Your Relationship with Us

Welcome to TikTok (the "Platform"), which is provided by Bytedance (India) Technology Private Limited. TikTok is our brand for providing and promoting the services. When using these services from India, please accordingly read "TikTok", "we" or "us".

You are reading these terms of service (the "Terms"), which is an electronic contract recognised under the provisions of the *Information Technology Act of 2000* read along with its *Rules*, and thereby governs the relationship and serve as an agreement between you and us and set forth the terms and conditions by which you may access and use the Platform and our related websites, services, applications, products and content (collectively, the "Services"). Our Services are provided for private, non-commercial use. For purposes of these Terms, "you" and "your" means you as the user of the Services.

The Terms form a legally binding agreement between you and us, and hence, please take the time to read them carefully. By using our services, you state that:

(a) you are legally capable of forming a binding contract;

(b) you are not a convicted sex offender;

(c) your account has not been previously disabled for breach of our Terms or Policies or Standards; and

(d) you will comply with these Terms and all applicable domestic and international laws and regulations.

## 2. Accepting the Terms

By accessing or using our Services, you confirm that you can form a binding contract with TikTok, that you accept these Terms and that you agree to comply with them. Your access to and use of our Services is also subject to our Privacy Policy and Community Guidelines, the terms of which can be found directly on the Platform, or where the Platform is made available for download, on your mobile device's applicable app store, and are incorporated herein by reference. By using the Services, you consent to the terms of the Privacy Policy.



Terms of Service

Privacy Policy

TikTok Platform Cookies Policy

Privacy Policy for Younger Users

Open Source

Virtual Items

Intellectual Property Policy

Law Enforcement Guidelines

accept these Terms and that you agree to comply with them. Your access to and use of our Services is also subject to our Privacy Policy and Community Guidelines, the terms of which can be found directly on the Platform, or where the Platform is made available for download, on your mobile device's applicable app store, and are incorporated herein by reference. By using the Services, you consent to the terms of this Privacy Policy.

If you access or use the Services from within a jurisdiction for which there are separate supplemental terms, you also hereby agree to the supplemental terms applicable to users in each jurisdiction as outlined below, and in the event of a conflict between the provisions of the Supplemental Terms – Jurisdiction-Specific that are relevant to your jurisdiction from which you access or use the Services, and the rest of these Terms, the relevant jurisdictions' Supplemental Terms – Jurisdiction-Specific will supersede and control. If you do not agree to these Terms, you must not access or use our Services.

If you are accessing or using the Services on behalf of a business or entity, then (a) "you" and "your" includes you and that business or entity, (b) you represent and warrant that you are an authorized representative of the business or entity with the authority to bind the entity to these Terms, and that you agree to these Terms on the entity's behalf, and (c) your business or entity is legally and financially responsible for your access or use of the Services as well as for the access or use of your account by others affiliated with your entity, including any employees, agents or contractors.

You can accept the Terms by accessing or using our Services. You understand and agree that we will treat your access or use of the Services as acceptance of the Terms from that point onwards.

You should print or save a local copy of the Terms for your records.

## 3. Changes to the Terms

We amend these Terms from time to time, for instance when we update the functionality of our Services, when we combine multiple apps or services operated by us or our affiliates into a single combined service or app, or when there are regulatory changes. We will use commercially reasonable efforts to generally notify all users of any material changes to these Terms, such as through a notice on our Platform, however, you should look at the Terms regularly to check for changes. We will also update the "Last Updated" date at the top of these Terms, which reflect the effective date of such Terms. Your continued access or use of the Services after the date of the new Terms constitutes your acceptance of the new Terms. If you do not agree to the new Terms, you must stop accessing or using the Services.

## 4. Your Account with Us

To access or use some of our Services, you must create an account with us. When you create this account, you must provide accurate and up-to-date information. It is important that you maintain and promptly update your details and any other information you provide to us, to keep such information current and complete.

It is important that you keep your account password confidential and that you do not disclose it to any third party. If you know or suspect that any third party knows your password or has accessed your account, you must notify us immediately at: https://www.tiktok.com/legal/report/feedback.

You agree that you are solely responsible (to us and to others) for the activity that occurs under your account. When creating an account, you must provide accurate information about yourself and create only one account for strictly personal purposes.

We reserve the right to disable your user account, and remove or disable any content you upload or share, at any time, including if you have failed to comply with any of the provisions of these Terms, or if activities occur on your account which, in our sole discretion, would or might cause damage to or impair the Services or infringe or violate any third party rights, or violate any applicable laws or regulations.

We take the protection of your privacy very seriously, and hence we accord all information related to your account with the high standards of data protection and security measures as mandated under the Information Technology Act 2000 and the rules thereunder. Our current Privacy Policy is available here.

If you no longer want to use our Services again, and would like your account deleted, contact us at: https://www.tiktok.com/legal/report/feedback. We will provide you with further assistance and guide you through the process. Once you choose to delete your account, you will not be able to reactivate your account or retrieve any of the content or information you have added.

## 5. Your Access to and Use of Our Services

Your access to and use of the Services is subject to these Terms and all applicable laws and regulations. You may not:

- access or use the Services if you are not fully able and legally competent to agree to these Terms;
- carry out any activity during the access or use of our Services which is unlawful, misleading, discriminatory or fraudulent in any way;
- make unauthorised copies, modify, adapt, translate, reverse engineer, disassemble, decompile or create any derivative works of the Services or any content included therein, including any files, tables or documentation (or any portion thereof) or determine or attempt to determine any source code, algorithms, methods or techniques embodied by the Services or any derivative works thereof;
- distribute, license, transfer, or sell, in whole or in part, any of the Services or any derivative works thereof;
- market, rent or lease the Services for a fee or charge, or use the Services to advertise or perform any commercial solicitation;
- use the Services, without our express written consent, for any commercial or unauthorized purpose, including communicating or facilitating any commercial advertisement or solicitation or spamming;



Terms of Service
Privacy Policy
TikTok Platform Cookies Policy
Privacy Policy for Younger Users
Open Source
Virtual Items
Intellectual Property Policy
Law Enforcement Guidelines

commercial solicitation;

- use the Services, without our express written consent, for any commercial or unauthorized purpose, including communicating or facilitating any commercial advertisement or solicitation or spamming;

- interfere with or attempt to interfere with the proper working of the Services, disrupt our website or any networks connected to the Services, or bypass any measures we may use to prevent or restrict access to the Services;

- incorporate the Services or any portion thereof into any other program or product. In such case, we reserve the right to refuse service, terminate accounts or limit access to the Services in our sole discretion;

- use automated scripts to collect information from or otherwise interact with the Services;

- impersonate any person or entity, or falsely state or otherwise misrepresent you or your affiliation with any person or entity, including giving the impression that any content you upload, post, transmit, distribute or otherwise make available emanates from the Services;

- intimidate or harass another, or promote sexually explicit material, violence or discrimination based on race, sex, religion, nationality, disability, sexual orientation or age;

- use or attempt to use another's account, service or system without authorisation from TikTok, or create a false identity on the Services;

- use the Services in a manner that may create a conflict of interest or undermine the purposes of the Services, such as trading reviews with other users or writing or soliciting fake reviews;

- use the Services to upload, transmit, distribute, store or otherwise make available in any way:

  - files that contain viruses, trojans, worms, logic bombs or other material that is malicious or technologically harmful;

  - any unsolicited or unauthorised advertising, solicitations, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other prohibited form of solicitation;

  - any private information of any third party, including addresses, phone numbers, email addresses, number and feature in the personal identity document (e.g., National Insurance numbers, passport numbers) or credit card numbers;

  - any material which does or may infringe any copyright, trade mark or other intellectual property or privacy rights of any other person;

  - any material which is defamatory of any person, obscene, offensive, pornographic, hateful or inflammatory;

  - any material that would constitute, encourage or provide instructions for a criminal offence, dangerous activities or self-harm;

  - any material that is deliberately designed to provoke or antagonise people, especially trolling and bullying, or is intended to harass, harm, hurt, scare, distress, embarrass or upset people;

  - any material that contains a threat of any kind, including threats of physical violence;

  - any material that is racist or discriminatory, including discrimination on the basis of someone's race, religion, age, gender, disability or sexuality;

  - any answers, responses, comments, opinions, analysis or recommendations that you are not properly licensed or otherwise qualified to provide; or

  - material that, in the sole judgment of TikTok, is objectionable or which restricts or inhibits any other person from using the Services, or which may expose TikTok, the Services or its users to any harm or liability of any type.

In addition to the above, your access to and use of the Services must, at all times, be compliant with our Community Guidelines.

We reserve the right, at any time and without prior notice, to remove or disable access to content at our discretion for any reason or no reason. Some of the reasons we may remove or disable access to content may include finding the content objectionable, in violation of these Terms or our Community Guidelines, or otherwise harmful to the Services or our users. Our automated systems analyze your content to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection. This analysis occurs as the content is sent, received, and when it is stored.

## 6. Intellectual Property Rights

We respect intellectual property rights and ask you to do the same. As a condition of your access to and use of the Services, you agree not to use the Services to infringe on any intellectual property rights. We reserve the right, with or without notice, at any time and in our sole discretion to block access to and/or terminate the accounts of any user who infringes or is alleged to infringe on any copyrights or other intellectual property rights.

Further, all legal right, title, interest and intellectual property in the platform and the Services, (irrespective of whether those rights are registered or not, and wherever in the world those rights may exist), belong solely with TikTok, and nothing in these terms gives you the right to use any of TikTok's trade names, trademarks, service marks, logos, domain names, and other distinctive brand features in any manner whatsoever without our express and prior written consent.

## 7. Content



Terms of Service

Privacy Policy

TikTok Platform Cookies Policy

Privacy Policy for Younger Users

Open Source

Virtual Items

Intellectual Property Policy

Law Enforcement Guidelines

solely with TikTok, and nothing in these terms gives you the right to use any of TikTok's trade names, trademarks, service marks, logos, domain names, and other distinctive brand features in any manner whatsoever without our express and prior written consent.

# 7. Content

## A. TikTok Content

As between you and TikTok, all content, software, images, text, graphics, illustrations, logos, patents, trademarks, service marks, copyrights, photographs, audio, videos, music on and "look and feel" of the Services, and all intellectual property rights related thereto (the "TikTok Content"), are either owned or licensed by TikTok, it being understood that you or your licensors will own any User Content (as defined below) you upload or transmit through the Services. Use of the TikTok Content or materials on the Services for any purpose not expressly permitted by these Terms is strictly prohibited. Such content may not be downloaded, copied, reproduced, distributed, transmitted, broadcast, displayed, sold, licensed or otherwise exploited for any purpose whatsoever without our or, where applicable, our licensors' prior written consent. We and our licensors reserve all rights not expressly granted in and to their content.

You acknowledge and agree that we may generate revenues, increase goodwill or otherwise increase our value from your use of the Services, including, by way of example and not limitation, through the sale of advertising, sponsorships, promotions, usage data and Gifts (defined in the Virtual Items Policy), and except as specifically permitted by us in these Terms or in another agreement you enter into with us, you will have no right to share in any such revenue, goodwill or value whatsoever. You further acknowledge that, except as specifically permitted by us in these Terms or in another agreement you enter into with us, you (i) have no right to receive any income or other consideration from any User Content (defined below) or your use of any musical works, sound recordings or audiovisual clips made available to you on or through the Services, including in any User Content created by you, and (ii) are prohibited from exercising any rights to monetize or obtain consideration from any User Content within the Services or on any third party service ( e.g. , you cannot claim User Content that has been uploaded to a social media platform such as YouTube for monetization).

Subject to the terms and conditions of the Terms, you are hereby granted a non-exclusive, limited, non-transferable, non-sublicensable, revocable, worldwide license to access and use the Services, including to download the Platform on a permitted device, and to access the TikTok Content solely for your personal, non-commercial use through your use of the Services and solely in compliance with these Terms. TikTok reserves all rights not expressly granted herein in the Services and the TikTok Content. You acknowledge and agree that TikTok may terminate this license at any time for any reason or no reason.

NO RIGHTS ARE LICENSED WITH RESPECT TO SOUND RECORDINGS AND THE MUSICAL WORKS EMBODIED THEREIN THAT ARE MADE AVAILABLE FROM OR THROUGH THE SERVICE.

You acknowledge and agree that when you view content provided by others on the Services, you are doing so at your own risk. The content on our Services is provided for general information only. It is not intended to amount to advice on which you should rely. You must obtain professional or specialist advice before taking, or refraining from, any action on the basis of the content on our Services.

We make no representations, warranties or guarantees, whether express or implied, that any TikTok Content (including User Content) is accurate, complete or up to date. Where our Services contain links to other sites and resources provided by third parties, these links are provided for your information only. We have no control over the contents of those sites or resources. Such links should not be interpreted as approval by us of those linked websites or information you may obtain from them. You acknowledge that we have no obligation to pre-screen, monitor, review, or edit any content posted by you and other users on the Services (including User Content).

## B. User-Generated Content

Users of the Services may be permitted to upload, post or transmit (such as via a stream) or otherwise make available content through the Services including, without limitation, any text, photographs, user videos, sound recordings and the musical works embodied therein, including videos that incorporate locally stored sound recordings from your personal music library and ambient noise ("User Content"). Users of the Services may also extract all or any portion of User Content created by another user to produce additional User Content, including collaborative User Content with other users, that combine and intersperse User Content generated by more than one user. Users of the Services may also overlay music, graphics, stickers, Virtual Items (as defined and further explained in the "Virtual Items Policy") and other elements provided by TikTok ("TikTok Elements") onto this User Content and transmit this User Content through the Services. The information and materials in the User Content, including User Content that includes TikTok Elements, have not been verified or approved by us. The views expressed by other users on the Services (including through use of the virtual gifts) do not represent our views or values.

Whenever you access or use a feature that allows you to upload or transmit User Content through the Services (including via certain third party social media platforms such as Instagram, Facebook, YouTube, Twitter), or to make contact with other users of the Services, you must comply with the standards set out at "Your Access to and Use of Our Services" above. You may also choose to upload or transmit your User Content, including User Content that includes TikTok Elements, on sites or platforms hosted by third parties. If you decide to do this, you must comply with their content guidelines as well as with the standards set out at "Your Access to and Use of Our Services" above.

You warrant that any such contribution does comply with those standards, and you will be liable to us and indemnify us for any breach of that warranty. This means you will be responsible for any loss or damage we suffer as a result of your breach of warranty.

Any User Content will be considered non-confidential and non-proprietary. You must not post any User Content on or through the Services or transmit to us any User Content that you consider to be confidential or proprietary. When you submit User Content through the Services, you agree and represent that you own that User Content, or you have received all necessary permissions, clearances from, or are authorised by, the owner of any part of the content to submit it to the Services, to transmit it from the Services to other third party platforms, and/or adopt any third party content.

If you only own the rights in and to a sound recording, but not to the underlying musical works embodied in such sound recordings, then you must not post such sound recordings to the Services unless you have

the owner of any part of the content to submit it to the Services, to transmit it from the Services to other third party platforms, and/or adopt any third party content.

If you only own the rights in and to a sound recording, but not to the underlying musical works embodied in such sound recordings, then you must not post such sound recordings to the Services unless you have all permissions, clearances from, or are authorised by, the owner of any part of the content to submit it to the Services

You or the owner of your User Content still own the copyright in User Content sent to us, but by submitting User Content via the Services, you hereby grant us an unconditional irrevocable, non-exclusive, royalty-free, fully transferable, perpetual worldwide licence to use, modify, adapt, reproduce, make derivative works of, publish and/or transmit, and/or distribute and to authorise other users of the Services and other third-parties to view, access, use, download, modify, adapt, reproduce, make derivative works of, publish and/or transmit your User Content in any format and on any platform, either now known or hereinafter invented.

You further grant us a royalty-free license to use your user name, image, voice, and likeness to identify you as the source of any of your User Content.

For the avoidance of doubt, the rights granted in the preceding paragraphs of this Section include, but are not limited to, the right to reproduce sound recordings (and make mechanical reproductions of the musical works embodied in such sound recordings), and publicly perform and communicate to the public sound recordings (and the musical works embodied therein), all on a royalty-free basis. This means that you are granting us the right to use your User Content without the obligation to pay royalties to any third party, including, but not limited to, a sound recording copyright owner (e.g., a record label), a musical work copyright owner (e.g., a music publisher), a performing rights organization (e.g., ASCAP, BMI, SESAC, etc.) (a "PRO"), a sound recording PRO (e.g., SoundExchange), any unions or guilds, and engineers, producers or other royalty participants involved in the creation of User Content.

We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any User-Generated Content or endorse any opinions expressed thereof. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mis-labeled or are otherwise deceptive. All Content is the sole responsibility of the person who originated such Content.

**Specific Rules for Musical Works and for Recording Artists.** If you are a composer or author of a musical work and are affiliated with a PRO, then you must notify your PRO of the royalty-free license you grant through these Terms in your User Content to us. You are solely responsible for ensuring your compliance with the relevant PRO's reporting obligations. If you have assigned your rights to a music publisher, then you must obtain the consent of such music publisher to grant the royalty-free license(s) set forth in these Terms in your User Content or have such music publisher enter into these Terms with us. Just because you authored a musical work (e.g., wrote a song) does not mean you have the right to grant us the licenses in these Terms. If you are a recording artist under contract with a record label, then you are solely responsible for ensuring that your use of the Services is in compliance with any contractual obligations you may have to your record label, including if you create any new recordings through the Services that may be claimed by your label.

**Through-To-The-Audience Rights.** All of the rights you grant in your User Content in these Terms are provided on a through-to-the-audience basis, meaning the owners or operators of third party services will not have any separate liability to you or any other third party for User Content posted or used on such third party service via the Services.

**Waiver of Rights to User Content.** By posting User Content to or through the Services, you waive any rights to prior inspection or approval of any marketing or promotional materials related to such User Content. You also waive any and all rights of privacy, publicity, or any other rights of a similar nature in connection with your User Content, or any portion thereof. To the extent any moral rights are not transferable or assignable, you hereby waive and agree never to assert any and all moral rights, or to support, maintain or permit any action based on any moral rights that you may have in or with respect to any User Content you Post to or through the Services.

We also have the right to disclose your identity to any third party who is claiming that any User Content posted or uploaded by you to our Services constitutes a violation of their intellectual property rights, or of their right to privacy.

We, or authorised third parties, reserve the right to cut, crop, edit or refuse to publish, your content at our or their sole discretion. We have the right to remove, disallow, block or delete any posting you make on our Services if, in our opinion, your post does not comply with the content standards set out at "**Your Access to and Use of Our Services**" above. In addition, we have the right – but not the obligation – in our sole discretion to remove, disallow, block or delete any User Content (i) that we consider to violate these Terms, or (ii) in response to complaints from other users or third parties, with or without notice and without any liability to you. As a result, we recommend that you save copies of any User Content that you post to the Services on your personal device(s) in the event that you want to ensure that you have permanent access to copies of such User Content. We do not guarantee the accuracy, integrity, appropriateness or quality of any User Content, and under no circumstances will we be liable in any way for any User Content.

You control whether your User Content is made publicly available on the Services to all other users of the Services or only available to people you approve. To restrict access to your User Content, you should select the privacy setting available within the Platform.

We accept no liability in respect of any content submitted by users and published by us or by authorised third parties.

If you wish to file a complaint about information or materials uploaded by other users, contact us at: https://www.tiktok.com/legal/report/feedback.

TikTok takes reasonable measures to expeditiously remove from our Services any infringing material that we become aware of. It is TikTok's policy, in appropriate circumstances and at its discretion, to disable or terminate the accounts of users of the Services who repeatedly infringe copyrights or intellectual property rights of others.

While our own staff is continually working to develop and evaluate our own product ideas and features, we



Terms of Service

Privacy Policy

TikTok Platform Cookies Policy

Privacy Policy for Younger Users

Open Source

Virtual Items

Intellectual Property Policy

Law Enforcement Guidelines

we become aware of. It is TikTok's policy, in appropriate circumstances and at its discretion, to disable or terminate the accounts of users of the Services who repeatedly infringe copyrights or intellectual property rights of others.

While our own staff is continually working to develop and evaluate our own product ideas and features, we pride ourselves on paying close attention to the interests, feedback, comments, and suggestions we receive from the user community. If you choose to contribute by sending us or our employees any ideas for products, services, features, modifications, enhancements, content, refinements, technologies, content offerings (such as audio, visual, games, or other types of content), promotions, strategies, or product/feature names, or any related documentation, artwork, computer code, diagrams, or other materials (collectively "Feedback"), then regardless of what your accompanying communication may say, the following terms will apply, so that future misunderstandings can be avoided. Accordingly, by sending Feedback to us, you agree that:

i. TikTok has no obligation to review, consider, or implement your Feedback, or to return to you all or part of any Feedback for any reason;

ii. Feedback is provided on a non-confidential basis, and we are not under any obligation to keep any Feedback you send confidential or to refrain from using or disclosing it in any way; and

iii. You irrevocably grant us perpetual and unlimited permission to reproduce, distribute, create derivative works of, modify, publicly perform (including on a through-to-the-audience basis), communicate to the public, make available, publicly display, and otherwise use and exploit the Feedback and derivatives thereof for any purpose and without restriction, free of charge and without attribution of any kind, including by making, using, selling, offering for sale, importing, and promoting commercial products and services that incorporate or embody Feedback, whether in whole or in part, and whether as provided or as modified.

## 8. Indemnity

You agree to defend, indemnify, and hold harmless TikTok, its parents, subsidiaries, and affiliates, and each of their respective officers, directors, employees, agents and advisors from any and all claims, liabilities, costs, and expenses, including, but not limited to, attorneys' fees and expenses, arising out of a breach by you or any user of your account of these Terms or arising out of a breach of your obligations, representation and warranties under these Terms.

## 9. EXCLUSION OF WARRANTIES

NOTHING IN THESE TERMS SHALL AFFECT ANY STATUTORY RIGHTS THAT YOU CANNOT CONTRACTUALLY AGREE TO ALTER OR WAIVE AND ARE LEGALLY ALWAYS ENTITLED TO AS A CONSUMER.THE SERVICES ARE PROVIDED "AS IS" AND WE MAKE NO WARRANTY OR REPRESENTATION TO YOU WITH RESPECT TO THEM. IN PARTICULAR WE DO NOT REPRESENT OR WARRANT TO YOU THAT:

- YOUR USE OF THE SERVICES WILL MEET YOUR REQUIREMENTS;

- YOUR USE OF THE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE OR FREE FROM ERROR;

- ANY INFORMATION OBTAINED BY YOU AS A RESULT OF YOUR USE OF THE SERVICES WILL BE ACCURATE OR RELIABLE; AND

- DEFECTS IN THE OPERATION OR FUNCTIONALITY OF ANY SOFTWARE PROVIDED TO YOU AS PART OF THE SERVICES WILL BE CORRECTED.

NO CONDITIONS, WARRANTIES OR OTHER TERMS (INCLUDING ANY IMPLIED TERMS AS TO SATISFACTORY QUALITY, FITNESS FOR PURPOSE OR CONFORMANCE WITH DESCRIPTION) APPLY TO THE SERVICES EXCEPT TO THE EXTENT THAT THEY ARE EXPRESSLY SET OUT IN THE TERMS. WE MAY CHANGE, SUSPEND, WITHDRAW OR RESTRICT THE AVAILABILITY OF ALL OR ANY PART OF OUR PLATFORM FOR BUSINESS AND OPERATIONAL REASONS AT ANY TIME WITHOUT NOTICE

## 10. LIMITATION OF LIABILITY

NOTHING IN THESE TERMS SHALL EXCLUDE OR LIMIT OUR LIABILITY FOR LOSSES WHICH MAY NOT BE LAWFULLY EXCLUDED OR LIMITED BY APPLICABLE LAW. THIS INCLUDES LIABILITY FOR DEATH OR PERSONAL INJURY CAUSED BY OUR NEGLIGENCE OR THE NEGLIGENCE OF OUR EMPLOYEES, AGENTS OR SUBCONTRACTORS AND FOR FRAUD OR FRAUDULENT MISREPRESENTATION.

SUBJECT TO THE PARAGRAPH ABOVE, WE SHALL NOT BE LIABLE TO YOU FOR:

· (I) ANY LOSS OF PROFIT (WHETHER INCURRED DIRECTLY OR INDIRECTLY); (II) ANY LOSS OF GOODWILL; (III) ANY LOSS OF OPPORTUNITY; (IV) ANY LOSS OF DATA SUFFERED BY YOU; OR (V) ANY INDIRECT OR CONSEQUENTIAL LOSSES WHICH MAY BE INCURRED BY YOU. ANY OTHER LOSS WILL BE LIMITED TO THE AMOUNT PAID BY YOU TO TIKTOK WITHIN THE LAST 12 MONTHS.

· ANY LOSS OR DAMAGE WHICH MAY BE INCURRED BY YOU AS A RESULT OF:

- ANY RELIANCE PLACED BY YOU ON THE COMPLETENESS, ACCURACY OR EXISTENCE OF ANY ADVERTISING, OR AS A RESULT OF ANY RELATIONSHIP OR TRANSACTION BETWEEN YOU AND ANY ADVERTISER OR SPONSOR WHOSE ADVERTISING APPEARS ON THE SERVICE;

- ANY CHANGES WHICH WE MAY MAKE TO THE SERVICES, OR FOR ANY PERMANENT OR TEMPORARY CESSATION IN THE PROVISION OF THE SERVICES (OR ANY FEATURES WITHIN THE SERVICES);

- THE DELETION OF, CORRUPTION OF, OR FAILURE TO STORE, ANY CONTENT AND OTHER COMMUNICATIONS DATA MAINTAINED OR TRANSMITTED BY OR THROUGH YOUR USE OF THE SERVICES;

- ANY ACTION OR CONDUCT OF ANOTHER USER;



Terms of Service

Privacy Policy

TikTok Platform Cookies Policy

Privacy Policy for Younger Users

Open Source

Virtual Items

Intellectual Property Policy

Law Enforcement Guidelines

- THE DELETION OF, CORRUPTION OF, OR FAILURE TO STORE, ANY CONTENT AND OTHER COMMUNICATIONS DATA MAINTAINED OR TRANSMITTED BY OR THROUGH YOUR USE OF THE SERVICES;

- ANY ACTION OR CONDUCT OF ANOTHER USER;

- YOUR FAILURE TO PROVIDE US WITH ACCURATE ACCOUNT INFORMATION;

- OR YOUR FAILURE TO KEEP YOUR PASSWORD OR ACCOUNT DETAILS SECURE AND CONFIDENTIAL.

PLEASE NOTE THAT WE ONLY PROVIDE OUR PLATFORM FOR DOMESTIC AND PRIVATE USE. YOU AGREE NOT TO USE OUR PLATFORM FOR ANY COMMERCIAL OR BUSINESS PURPOSES, AND WE HAVE NO LIABILITY TO YOU FOR ANY LOSS OF PROFIT, LOSS OF BUSINESS, LOSS OF GOODWILL OR BUSINESS REPUTATION, BUSINESS INTERRUPTION, OR LOSS OF BUSINESS OPPORTUNITY.

IF DEFECTIVE DIGITAL CONTENT THAT WE HAVE SUPPLIED DAMAGES A DEVICE OR DIGITAL CONTENT BELONGING TO YOU AND THIS IS CAUSED BY OUR FAILURE TO USE REASONABLE CARE AND SKILL, WE WILL EITHER REPAIR THE DAMAGE OR PAY YOU COMPENSATION. HOWEVER, WE WILL NOT BE LIABLE FOR DAMAGE THAT YOU COULD HAVE AVOIDED BY FOLLOWING OUR ADVICE TO APPLY AN UPDATE OFFERED TO YOU FREE OF CHARGE OR FOR DAMAGE THAT WAS CAUSED BY YOU FAILING TO CORRECTLY FOLLOW INSTALLATION INSTRUCTIONS OR TO HAVE IN PLACE THE MINIMUM SYSTEM REQUIREMENTS ADVISED BY US.

THESE LIMITATIONS ON OUR LIABILITY TO YOU SHALL APPLY WHETHER OR NOT WE HAVE BEEN ADVISED OF OR SHOULD HAVE BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES ARISING.

YOU ARE RESPONSIBLE FOR ANY MOBILE CHARGES THAT MAY APPLY TO YOUR USE OF OUR SERVICE, INCLUDING TEXT-MESSAGING AND DATA CHARGES. IF YOU'RE UNSURE WHAT THOSE CHARGES MAY BE, YOU SHOULD ASK YOUR SERVICE PROVIDER BEFORE USING THE SERVICE.

TO THE FULLEST EXTENT PERMITTED BY LAW, ANY DISPUTE YOU HAVE WITH ANY THIRD PARTY ARISING OUT OF YOUR USE OF THE SERVICES, INCLUDING, BY WAY OF EXAMPLE AND NOT LIMITATION, ANY CARRIER, COPYRIGHT OWNER OR OTHER USER, IS DIRECTLY BETWEEN YOU AND SUCH THIRD PARTY, AND YOU IRREVOCABLY RELEASE US AND OUR AFFILIATES FROM ANY AND ALL CLAIMS, DEMANDS AND DAMAGES (ACTUAL AND CONSEQUENTIAL) OF EVERY KIND AND NATURE, KNOWN AND UNKNOWN, ARISING OUT OF OR IN ANY WAY CONNECTED WITH SUCH DISPUTES.

## 11. Other Terms

**a. Applicable Law and Jurisdiction.** Subject to the Supplemental Terms – Jurisdiction Specific, these Terms, their subject matter and their formation, are governed by the laws of India. Any dispute arising out of or in connection with these Terms, including any question regarding existence, validity or termination of these Terms, shall be referred to and finally resolved by arbitration as per the provisions of The Arbitration and Conciliation Act, 1996, and any amended to it from time to time. The venue of such arbitration shall be Delhi.

The Tribunal shall consist of three (3) arbitrators. The language of the arbitration shall be English.

**b. Open Source.** The Platform contains certain open source software. Each item of open source software is subject to its own applicable license terms, which can be found at Open Source Policy.

**c. Entire Agreement.** These Terms (including the Supplemental Terms below) constitute the whole legal agreement between you and TikTok and govern your use of the Services and completely replace any prior agreements between you and TikTok in relation to the Services.

**d. Links.** You may link to our home page, provided you do so in a way that is fair and legal and does not damage our reputation or take advantage of it. You must not establish a link in such a way as to suggest any form of association, approval or endorsement on our part where none exists. You must not establish a link to our Services in any website that is not owned by you. The website in which you are linking must comply in all respects with the content standards set out at "Your Access to and Use of Our Services" above. We reserve the right to withdraw linking permission without notice.

**e. Age Limit.** The Services are only for people 13 years old and over (with additional limits that may be set forth in the Supplemental Terms – Jurisdiction-Specific). By using the Services, you confirm that you are over the relevant age specified herein. If we learn that someone under the relevant age specified above is using the Services, we will terminate that user's account.

**f. No Waiver.** Our failure to insist upon or enforce any provision of these Terms shall not be construed as a waiver of any provision or right.

**g. Security.** We do not guarantee that our Services will be secure or free from bugs or viruses. You are responsible for configuring your information technology, computer programmes and platform to access our Services. You should use your own virus protection software.

**h. Severability.** If any court of law, having jurisdiction to decide on this matter, rules that any provision of these Terms is invalid, then that provision will be removed from the Terms without affecting the rest of the Terms, and the remaining provisions of the Terms will continue to be valid and enforceable.

**Grievance Officer for India**

A compliant or other issue faced by a user of our product may be submitted through email at the below address. The complaint should provide: (i) username of the relevant account holder (ii) specific content/video that is of concern and (iii) reason(s) for such a takedown request.

In accordance with Information Technology Act 2000 and rules made there under, the contact detail of the Grievance Officer is provided below:

**Mr Anuj Bhatia**

Email: grievance.officer@tiktok.com



Terms of Service
Privacy Policy
TikTok Platform Cookies Policy
Privacy Policy for Younger Users
Open Source
Virtual Items
Intellectual Property Policy
Law Enforcement Guidelines

Grievance Officer is provided below:

**Mr Anuj Bhatia**

Email: grievance.officer@tiktok.com

Alternatively, you can also report content by using the report content feature within the app on any offending content.

## Supplemental Terms – Jurisdiction-Specific

India. If you are using our Services in India, the following additional terms apply. In the event of any conflict between the following additional terms and the provisions of the main body of these Terms, the following terms shall prevail.

- **Accepting the Terms.** By agreeing to these Terms and by accessing or using our Services, you acknowledge that you have read and understood these Terms and provide your consent to be bound by these Terms and our Privacy Policy and Community Guidelines.

- **Your access to and use of our Services.** You may not use the Services to upload, transmit, distribute, store or otherwise make available in any way (including for the purposes of creating and/or streaming content) any User Content that:
  - is obscene, pornographic, paedophilic;
  - is relating to or encouraging money laundering or gambling, or otherwise any activity that is unlawful in any manner whatsoever;
  - harms minors in any way;
  - deceives or misleads the addressee about the origin of such messages or communicates any information which is grossly offensive or menacing in nature; or
  - threatens the unity, integrity, defence, security or sovereignty of India, friendly relations with foreign states, or public order or causes incitement to the commission of any cognisable offence or prevents investigation of any offence or is insulting any other nation.

- **User–Generated Content.** You hereby irrevocably waive any right to raise any objection or other claim before any authority including any copyright board in relation to the rights granted and licensed to us under these Terms, including any right under the provisions of section 30A of the (Indian) Copyright Act, 1957 or other applicable law. The above waiver is granted by you in favour of TikTok and all of its group companies, affiliates and successors in title and interest, whether existing or in future.

- **Indemnity.** In the event you are required to indemnify us pursuant to these Terms or any order or ruling of a court of law, you will obtain all necessary approvals and consents from regulatory authorities for the remittance of such amount to us.

# Terms of Service
(If you are not in the US, EEA, the United Kindom, Switzerland or India)

Last updated: February 2021

General Terms – All Users

## 1. Your Relationship With Us

Welcome to TikTok (the "**Platform**"), which is provided by TikTok Pte. Ltd. or one of its affiliates ("**TikTok**", "**we**" or "**us**").

You are reading the terms of service (the "**Terms**"), which govern the relationship and serve as an agreement between you and us and set forth the terms and conditions by which you may access and use the Platform and our related websites, services, applications, products and content (collectively, the "**Services**"). Our Services are provided for private, non-commercial use. For purposes of these Terms, "**you**" and "**your**" means you as the user of the Services.

The Terms form a legally binding agreement between you and us. Please take the time to read them carefully.

## 2. Accepting the Terms

By accessing or using our Services, you confirm that you can form a binding contract with TikTok, that you accept these Terms and that you agree to comply with them. Your access to and use of our Services is also subject to our Privacy Policy and Community Guidelines, the terms of which can be found directly on the Platform, or where the Platform is made available for download, on your mobile device's applicable app store, and are incorporated herein by reference. By using the Services, you consent to the terms of the Privacy Policy.

If you access or use the Services from within a jurisdiction for which there are separate supplemental terms, you also hereby agree to the supplemental terms applicable to users in each jurisdiction as outlined below, and in the event of a conflict between the provisions of the Supplemental Terms – Jurisdiction-Specific that are relevant to your jurisdiction from which you access or use the Services, and the rest of these Terms, the relevant jurisdictions' Supplemental Terms – Jurisdiction-Specific will supersede and control. If you do not agree to these Terms, you must not access or use our Services.



terms, you also hereby agree to the supplemental terms applicable to users in each jurisdiction as outlined below, and in the event of a conflict between the provisions of the Supplemental Terms – Jurisdiction-Specific that are relevant to your jurisdiction from which you access or use the Services, and the rest of these Terms, the relevant jurisdictions' Supplemental Terms – Jurisdiction-Specific will supersede and control. If you do not agree to these Terms, you must not access or use our Services.

If you are accessing or using the Services on behalf of a business or entity, then (a) "you" and "your" includes you and that business or entity, (b) you represent and warrant that you are an authorized representative of the business or entity with the authority to bind the entity to these Terms, and that you agree to these Terms on the entity's behalf, and (c) your business or entity is legally and financially responsible for your access or use of the Services as well as for the access or use of your account by others affiliated with your entity, including any employees, agents or contractors.

You can accept the Terms by accessing or using our Services. You understand and agree that we will treat your access or use of the Services as acceptance of the Terms from that point onwards.

You should print off or save a local copy of the Terms for your records.

## 3. Changes to the Terms

We amend these Terms from time to time, for instance when we update the functionality of our Services, when we combine multiple apps or services operated by us or our affiliates into a single combined service or app, or when there are regulatory changes. We will use commercially reasonable efforts to generally notify all users of any material changes to these Terms, such as through a notice on our Platform, however, you should look at the Terms regularly to check for such changes. We will also update the "Last Updated" date at the top of these Terms, which reflect the effective date of such Terms. Your continued access or use of the Services after the date of the new Terms constitutes your acceptance of the new Terms. If you do not agree to the new Terms, you must stop accessing or using the Services.

## 4. Your Account with Us

To access or use some of our Services, you must create an account with us. When you create this account, you must provide accurate and up-to-date information. It is important that you maintain and promptly update your details and any other information you provide to us, to keep such information current and complete.

It is important that you keep your account password confidential and that you do not disclose it to any third party. If you know or suspect that any third party knows your password or has accessed your account, you must notify us immediately at: https://www.tiktok.com/legal/report/feedback.

You agree that you are solely responsible (to us and to others) for the activity that occurs under your account.

We reserve the right to disable your user account at any time, including if you have failed to comply with any of the provisions of these Terms, or if activities occur on your account which, in our sole discretion, would or might cause damage to or impair the Services or infringe or violate any third party rights, or violate any applicable laws or regulations.

If you no longer want to use our Services again, and would like your account deleted, contact us at: https://www.tiktok.com/legal/report/feedback. We will provide you with further assistance and guide you through the process. Once you choose to delete your account, you will not be able to reactivate your account or retrieve any of the content or information you have added.

## 5. Your Access to and Use of Our Services

Your access to and use of the Services is subject to these Terms and all applicable laws and regulations. You may not:

- access or use the Services if you are not fully able and legally competent to agree to these Terms;

- make unauthorised copies, modify, adapt, translate, reverse engineer, disassemble, decompile or create any derivative works of the Services or any content included therein, including any files, tables or documentation (or any portion thereof) or determine or attempt to determine any source code, algorithms, methods or techniques embodied by the Services or any derivative works thereof;

- distribute, license, transfer, or sell, in whole or in part, any of the Services or any derivative works thereof;

- market, rent or lease the Services for a fee or charge, or use the Services to advertise or perform any commercial solicitation;

- use the Services, without our express written consent, for any commercial or unauthorized purpose, including communicating or facilitating any commercial advertisement or solicitation or spamming;

- interfere with or attempt to interfere with the proper working of the Services, disrupt our website or any networks connected to the Services, or bypass any measures we may use to prevent or restrict access to the Services;

- incorporate the Services or any portion thereof into any other program or product. In such case, we reserve the right to refuse service, terminate accounts or limit access to the Services in our sole discretion;

- use automated scripts to collect information from or otherwise interact with the Services;

- impersonate any person or entity, or falsely state or otherwise misrepresent you or your affiliation with any person or entity, including giving the impression that any content you upload, post, transmit, distribute or otherwise make available emanates from the Services;

Terms of Service

Privacy Policy

TikTok Platform Cookies Policy

Privacy Policy for Younger Users

Open Source

Virtual Items

Intellectual Property Policy

Law Enforcement Guidelines

- impersonate any person or entity, or falsely state or otherwise misrepresent you or your affiliation with any person or entity, including giving the impression that any content you upload, post, transmit, distribute or otherwise make available emanates from the Services;

- intimidate or harass another, or promote sexually explicit material, violence or discrimination based on race, sex, religion, nationality, disability, sexual orientation or age;

- use or attempt to use another's account, service or system without authorisation from TikTok, or create a false identity on the Services;

- use the Services in a manner that may create a conflict of interest or undermine the purposes of the Services, such as trading reviews with other users or writing or soliciting fake reviews;

- use the Services to upload, transmit, distribute, store or otherwise make available in any way: files that contain viruses, trojans, worms, logic bombs or other material that is malicious or technologically harmful; any unsolicited or unauthorised advertising, solicitations, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other prohibited form of solicitation; any private information of any third party, including addresses, phone numbers, email addresses, number and feature in the personal identity document (e.g., National Insurance numbers, passport numbers) or credit card numbers; any material which does or may infringe any copyright, trade mark or other intellectual property or privacy rights of any other person; any material which is defamatory of any person, obscene, offensive, pornographic, hateful or inflammatory; any material that would constitute, encourage or provide instructions for a criminal offence, dangerous activities or self-harm; any material that is deliberately designed to provoke or antagonise people, especially trolling and bullying, or is intended to harass, harm, hurt, scare, distress, embarrass or upset people; any material that contains a threat of any kind, including threats of physical violence; any material that is racist or discriminatory, including discrimination on the basis of someone's race, religion, age, gender, disability or sexuality;

  - any answers, responses, comments, opinions, analysis or recommendations that you are not properly licensed or otherwise qualified to provide; or

  - material that, in the sole judgment of TikTok, is objectionable or which restricts or inhibits any other person from using the Services, or which may expose TikTok, the Services or its users to any harm or liability of any type.

In addition to the above, your access to and use of the Services must, at all times, be compliant with our Community Guidelines.

We reserve the right, at any time and without prior notice, to remove or disable access to content at our discretion for any reason or no reason. Some of the reasons we may remove or disable access to content may include finding the content objectionable, in violation of these Terms or our Community Guidelines, or otherwise harmful to the Services or our users. Our automated systems analyze your content to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection. This analysis occurs as the content is sent, received, and when it is stored.

## 6. Intellectual Property Rights

We respect intellectual property rights and ask you to do the same. As a condition of your access to and use of the Services, you agree not to use the Services to infringe on any intellectual property rights. We reserve the right, with or without notice, at any time and in our sole discretion to block access to and/or terminate the accounts of any user who infringes or is alleged to infringe any copyrights or other intellectual property rights.

## 7. Content

### A. TikTok Content

As between you and TikTok, all content, software, images, text, graphics, illustrations, logos, patents, trademarks, service marks, copyrights, photographs, audio, videos, music on and "look and feel" of the Services, and all intellectual property rights related thereto (the "TikTok Content"), are either owned or licensed by TikTok, it being understood that you or your licensors will own any User Content (as defined below) you upload or transmit through the Services. Use of the TikTok Content or materials on the Services for any purpose not expressly permitted by these Terms is strictly prohibited. Such content may not be downloaded, copied, reproduced, distributed, transmitted, broadcast, displayed, sold, licensed or otherwise exploited for any purpose whatsoever without our or, where applicable, our licensors' prior written consent. We and our licensors reserve all rights not expressly granted in and to their content.

You acknowledge and agree that we may generate revenues, increase goodwill or otherwise increase our value from your use of the Services, including, by way of example and not limitation, through the sale of advertising, sponsorships, promotions, usage data and Gifts (as defined and further explained in the "Virtual Items Policy"), and except as specifically permitted by us in these Terms or in another agreement you enter into with us, you will have no right to share in any such revenue, goodwill or value whatsoever. You further acknowledge that, except as specifically permitted by us in these Terms or in another agreement you enter into with us, you (i) have no right to receive any income or other consideration from any User Content (defined below) or your use of any musical works, sound recordings or audiovisual clips made available to you on or through the Services, including in any User Content created by you, and (ii) are prohibited from exercising any rights to monetize or obtain consideration from any User Content within the Services or on any third party service (e.g., you cannot claim User Content that has been uploaded to a social media platform such as YouTube for monetization).

Subject to the terms and conditions of the Terms, you are hereby granted a non-exclusive, limited, non-transferable, non-sublicensable, revocable, worldwide license to access and use the Services, including to download the Platform on your personal device, and to access the TikTok Content solely for your personal, non-commercial use through your use of the Services and solely in compliance with these Terms. TikTok reserves all rights not expressly granted herein in the Services and the TikTok Content. You acknowledge



Terms of Service
Privacy Policy
TikTok Platform Cookies Policy
Privacy Policy for Younger Users
Open Source
Virtual Items
Intellectual Property Policy
Law Enforcement Guidelines

Subject to the terms and conditions of the Terms, you are hereby granted a non-exclusive, limited, non-transferable, non-sublicensable, revocable, worldwide license to access and use the Services, including to download the Platform on a permitted device, and to access the TikTok Content solely for your personal, non-commercial use through your use of the Services and solely in compliance with these Terms. TikTok reserves all rights not expressly granted herein in the Services and the TikTok Content. You acknowledge and agree that TikTok may terminate this license at any time for any reason or no reason.

NO RIGHTS ARE LICENSED WITH RESPECT TO SOUND RECORDINGS AND THE MUSICAL WORKS EMBODIED THEREIN THAT ARE MADE AVAILABLE FROM OR THROUGH THE SERVICE.

You acknowledge and agree that when you view content provided by others on the Services, you are doing so at your own risk. The content on our Services is provided for general information only. It is not intended to amount to advice on which you should rely. You must obtain professional or specialist advice before taking, or refraining from, any action on the basis of the content on our Services.

We make no representations, warranties or guarantees, whether express or implied, that any TikTok Content (including User Content) is accurate, complete or up to date. Where our Services contain links to other sites and resources provided by third parties, these links are provided for your information only. We have no control over the contents of those sites or resources. Such links should not be interpreted as approval by us of those linked websites or information you may obtain from them. You acknowledge that we have no obligation to pre-screen, monitor, review, or edit any content posted by you and other users on the Services (including User Content).

## B. User-Generated Content

Users of the Services may be permitted to upload, post or transmit (such as via a stream) or otherwise make available content through the Services including, without limitation, any text, photographs, user videos, sound recordings and the musical works embodied therein, including videos that incorporate locally stored sound recordings from your personal music library and ambient noise ("User Content"). Users of the Services may also extract all or any portion of User Content created by another user to produce additional User Content, including collaborative User Content with other users, that combine and interspose User Content generated by more than one user. Users of the Services may also overlay music, graphics, stickers, Virtual Items (as defined and further explained in the "Virtual Items Policy") and other elements provided by TikTok ("TikTok Elements") onto this User Content and transmit this User Content through the Services. The information and materials in the User Content, including User Content that includes TikTok Elements, have not been verified or approved by us. The views expressed by other users on the Services (including through use of the virtual gifts) do not represent our views or values.

Whenever you access or use a feature that allows you to upload or transmit User Content through the Services (including via certain third party social media platforms such as Instagram, Facebook, YouTube, Twitter), or to make contact with other users of the Services, you must comply with the standards set out at "Your Access to and Use of Our Services" above. You may also choose to upload or transmit your User Content, including User Content that includes TikTok Elements, on sites or platforms hosted by third parties. If you decide to do this, you must comply with their content guidelines as well as with the standards set out at "Your Access to and Use of Our Services" above.

You warrant that any such contribution does comply with those standards, and you will be liable to us and indemnify us for any breach of that warranty. This means you will be responsible for any loss or damage we suffer as a result of your breach of warranty.

Any User Content will be considered non-confidential and non-proprietary. You must not post any User Content on or through the Services or transmit to us any User Content that you consider to be confidential or proprietary. When you submit User Content through the Services, you agree and represent that you own that User Content, or you have received all necessary permissions, clearances from, or are authorised by, the owner of any part of the content to submit it to the Services, to transmit it from the Services to other third party platforms, and/or adopt any third party content.

If you only own the rights in and to a sound recording, but not to the underlying musical works embodied in such sound recordings, then you must not post such sound recordings to the Services unless you have all permissions, clearances from, or are authorised by, the owner of any part of the content to submit it to the Services

You or the owner of your User Content still own the copyright in User Content sent to us, but by submitting User Content via the Services, you hereby grant us an unconditional irrevocable, non-exclusive, royalty-free, fully transferable, perpetual worldwide licence to use, modify, adapt, reproduce, make derivative works of, publish and/or distribute and to authorise other users of the Services and other third-parties to view, access, use, download, modify, adapt, reproduce, make derivative works of, publish and/or transmit your User Content in any format and on any platform, either now known or hereinafter invented.

You further grant us a royalty-free license to use your user name, image, voice, and likeness to identify you as the source of any of your User Content.

For the avoidance of doubt, the rights granted in the preceding paragraphs of this Section include, but are not limited to, the right to reproduce sound recordings (and make mechanical reproductions of the musical works embodied in such sound recordings), and publicly perform and communicate to the public sound recordings (and the musical works embodied therein), all on a royalty-free basis. This means that you are granting us the right to use your User Content without the obligation to pay royalties to any third party, including, but not limited to, a sound recording copyright owner (e.g., a record label), a musical work copyright owner (e.g., a music publisher), a performing rights organization (e.g., ASCAP, BMI, SESAC, etc.) (a "PRO"), a sound recording PRO (e.g., SoundExchange), any unions or guilds, and engineers, producers or other royalty participants involved in the creation of User Content.

**Specific Rules for Musical Works and for Recording Artists.** If you are a composer or author of a musical work and are affiliated with a PRO, then you must notify your PRO of the royalty-free license you grant through these Terms in your User Content to us. You are solely responsible for ensuring your compliance with the relevant PRO's reporting obligations. If you have assigned your rights to a music publisher, then you must obtain the consent of such music publisher to grant the royalty-free license(s) set forth in these Terms in your User Content or have such music publisher enter into these Terms with us. Just because you authored a musical work (e.g., wrote a song) does not mean you have the right to grant us the licenses in those Terms. If you are a recording artist under contract with a record label, then you are solely



with the relevant PRO's reporting obligations. If you have assigned your rights to a music publisher, then you must obtain the consent of such music publisher to grant the royalty-free license(s) set forth in these Terms in your User Content or have such music publisher enter into these Terms with us. Just because you authored a musical work (e.g., wrote a song) does not mean you have the right to grant us the licenses in these Terms. If you are a recording artist under contract with a record label, then you are solely responsible for ensuring that your use of the Services is in compliance with any contractual obligations you may have to your record label, including if you create any new recordings through the Services that may be claimed by your label.

**Through-To-The-Audience Rights.** All of the rights you grant in your User Content in these Terms are provided on a through-to-the-audience basis, meaning the owners or operators of third party services will not have any separate liability to you or any other third party for User Content posted or used on such third party service via the Services.

**Waiver of Rights to User Content.** By posting User Content to or through the Services, you waive any rights to prior inspection or approval of any marketing or promotional materials related to such User Content. You also waive any and all rights of privacy, publicity, or any other rights of a similar nature in connection with your User Content, or any portion thereof. To the extent any moral rights are not transferable or assignable, you hereby waive and agree never to assert any and all moral rights, or to support, maintain or permit any action based on any moral rights that you may have in or with respect to any User Content you Post to or through the Services.

We also have the right to disclose your identity to any third party who is claiming that any User Content posted or uploaded by you to our Services constitutes a violation of their intellectual property rights, or of their right to privacy.

We, or authorised third parties, reserve the right to cut, crop, edit or refuse to publish, your content at our or their sole discretion. We have the right to remove, disallow, block or delete any posting you make on our Services if, in our opinion, your post does not comply with the content standards set out at "Your Access to and Use of Our Services" above. In addition, we have the right – but not the obligation – in our sole discretion to remove, disallow, block or delete any User Content (i) that we consider to violate these Terms, or (ii) in response to complaints from other users or third parties, with or without notice and without any liability to you. As a result, we recommend that you save copies of any User Content that you post to the Services on your personal device(s) in the event that you want to ensure that you have permanent access to copies of such User Content. We do not guarantee the accuracy, integrity, appropriateness or quality of any User Content, and under no circumstances will we be liable in any way for any User Content.

You control whether your User Content is made publicly available on the Services to all other users of the Services or only available to people you approve. To restrict access to your User Content, you should select the privacy setting available within the Platform.

We accept no liability in respect of any content submitted by users and published by us or by authorised third parties.

If you find inappropriate content that violates our Community Guidelines or have any other issues you'd like to raise, you can send us a report.

TikTok takes reasonable measures to expeditiously remove from our Services any infringing material that we become aware of. It is TikTok's policy, in appropriate circumstances and at its discretion, to disable or terminate the accounts of users of the Services who repeatedly infringe copyrights or intellectual property rights of others.

While our own staff is continually working to develop and evaluate our own product ideas and features, we pride ourselves on paying close attention to the interests, feedback, comments, and suggestions we receive from the user community. If you choose to contribute by sending us or our employees any ideas for products, services, features, modifications, enhancements, content, refinements, technologies, content offerings (such as audio, visual, games, or other types of content), promotions, strategies, or product/feature names, or any related documentation, artwork, computer code, diagrams, or other materials (collectively "Feedback"), then regardless of what your accompanying communication may say, the following terms will apply, so that future misunderstandings can be avoided. Accordingly, by sending Feedback to us, you agree that:

i. TikTok has no obligation to review, consider, or implement your Feedback, or to return to you all or part of any Feedback for any reason;

ii. Feedback is provided on a non-confidential basis, and we are not under any obligation to keep any Feedback you send confidential or to refrain from using or disclosing it in any way; and

iii. You irrevocably grant us perpetual and unlimited permission to reproduce, distribute, create derivative works of, modify, publicly perform (including on a through-to-the-audience basis), communicate to the public, make available, publicly display, and otherwise use and exploit the Feedback and derivatives thereof for any purpose and without restriction, free of charge and without attribution of any kind, including by making, using, selling, offering for sale, importing, and promoting commercial products and services that incorporate or embody Feedback, whether in whole or in part, and whether as provided or as modified.

## 8. Indemnity

You agree to defend, indemnify, and hold harmless TikTok, its parents, subsidiaries, and affiliates, and each of their respective officers, directors, employees, agents and advisors from any and all claims, liabilities, costs, and expenses, including, but not limited to, attorneys' fees and expenses, arising out of a breach by you or any user of your account of these Terms or arising out of a breach of your obligations, representation and warranties under these Terms.

## 9. EXCLUSION OF WARRANTIES

NOTHING IN THESE TERMS SHALL AFFECT ANY STATUTORY RIGHTS THAT YOU CANNOT CONTRACTUALLY AGREE TO ALTER OR WAIVE AND ARE LEGALLY ALWAYS ENTITLED TO AS A CONSUMER.



Terms of Service
Privacy Policy
TikTok Platform Cookies Policy
Privacy Policy for Younger Users
Open Source
Virtual Items
Intellectual Property Policy
Law Enforcement Guidelines

NOTHING IN THESE TERMS SHALL AFFECT ANY STATUTORY RIGHTS THAT YOU CANNOT CONTRACTUALLY AGREE TO ALTER OR WAIVE AND ARE LEGALLY ALWAYS ENTITLED TO AS A CONSUMER.

THE SERVICES ARE PROVIDED "AS IS" AND WE MAKE NO WARRANTY OR REPRESENTATION TO YOU WITH RESPECT TO THEM. IN PARTICULAR WE DO NOT REPRESENT OR WARRANT TO YOU THAT:

- YOUR USE OF THE SERVICES WILL MEET YOUR REQUIREMENTS;

- YOUR USE OF THE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE OR FREE FROM ERROR;

- ANY INFORMATION OBTAINED BY YOU AS A RESULT OF YOUR USE OF THE SERVICES WILL BE ACCURATE OR RELIABLE; AND

- DEFECTS IN THE OPERATION OR FUNCTIONALITY OF ANY SOFTWARE PROVIDED TO YOU AS PART OF THE SERVICES WILL BE CORRECTED.

NO CONDITIONS, WARRANTIES OR OTHER TERMS (INCLUDING ANY IMPLIED TERMS AS TO SATISFACTORY QUALITY, FITNESS FOR PURPOSE OR CONFORMANCE WITH DESCRIPTION) APPLY TO THE SERVICES EXCEPT TO THE EXTENT THAT THEY ARE EXPRESSLY SET OUT IN THE TERMS. WE MAY CHANGE, SUSPEND, WITHDRAW OR RESTRICT THE AVAILABILITY OF ALL OR ANY PART OF OUR PLATFORM FOR BUSINESS AND OPERATIONAL REASONS AT ANY TIME WITHOUT NOTICE

## 10. LIMITATION OF LIABILITY

NOTHING IN THESE TERMS SHALL EXCLUDE OR LIMIT OUR LIABILITY FOR LOSSES WHICH MAY NOT BE LAWFULLY EXCLUDED OR LIMITED BY APPLICABLE LAW. THIS INCLUDES LIABILITY FOR DEATH OR PERSONAL INJURY CAUSED BY OUR NEGLIGENCE OR THE NEGLIGENCE OF OUR EMPLOYEES, AGENTS OR SUBCONTRACTORS AND FOR FRAUD OR FRAUDULENT MISREPRESENTATION.

SUBJECT TO THE PARAGRAPH ABOVE, WE SHALL NOT BE LIABLE TO YOU FOR:

(I) ANY LOSS OF PROFIT (WHETHER INCURRED DIRECTLY OR INDIRECTLY); (II) ANY LOSS OF GOODWILL; (III) ANY LOSS OF OPPORTUNITY; (IV) ANY LOSS OF DATA SUFFERED BY YOU; OR (V) ANY INDIRECT OR CONSEQUENTIAL LOSSES WHICH MAY BE INCURRED BY YOU. ANY OTHER LOSS WILL BE LIMITED TO THE AMOUNT PAID BY YOU TO TIKTOK WITHIN THE LAST 12 MONTHS.

ANY LOSS OR DAMAGE WHICH MAY BE INCURRED BY YOU AS A RESULT OF:

- ANY RELIANCE PLACED BY YOU ON THE COMPLETENESS, ACCURACY OR EXISTENCE OF ANY ADVERTISING, OR AS A RESULT OF ANY RELATIONSHIP OR TRANSACTION BETWEEN YOU AND ANY ADVERTISER OR SPONSOR WHOSE ADVERTISING APPEARS ON THE SERVICE;

- ANY CHANGES WHICH WE MAY MAKE TO THE SERVICES, OR FOR ANY PERMANENT OR TEMPORARY CESSATION IN THE PROVISION OF THE SERVICES (OR ANY FEATURES WITHIN THE SERVICES);

- THE DELETION OF, CORRUPTION OF, OR FAILURE TO STORE, ANY CONTENT AND OTHER COMMUNICATIONS DATA MAINTAINED OR TRANSMITTED BY OR THROUGH YOUR USE OF THE SERVICES;

- YOUR FAILURE TO PROVIDE US WITH ACCURATE ACCOUNT INFORMATION;

- OR YOUR FAILURE TO KEEP YOUR PASSWORD OR ACCOUNT DETAILS SECURE AND CONFIDENTIAL.

PLEASE NOTE THAT WE ONLY PROVIDE OUR PLATFORM FOR DOMESTIC AND PRIVATE USE. YOU AGREE NOT TO USE OUR PLATFORM FOR ANY COMMERCIAL OR BUSINESS PURPOSES, AND WE HAVE NO LIABILITY TO YOU FOR ANY LOSS OF PROFIT, LOSS OF BUSINESS, LOSS OF GOODWILL OR BUSINESS REPUTATION, BUSINESS INTERRUPTION, OR LOSS OF BUSINESS OPPORTUNITY.

IF DEFECTIVE DIGITAL CONTENT THAT WE HAVE SUPPLIED DAMAGES A DEVICE OR DIGITAL CONTENT BELONGING TO YOU AND THIS IS CAUSED BY OUR FAILURE TO USE REASONABLE CARE AND SKILL, WE WILL EITHER REPAIR THE DAMAGE OR PAY YOU COMPENSATION. HOWEVER, WE WILL NOT BE LIABLE FOR DAMAGE THAT YOU COULD HAVE AVOIDED BY FOLLOWING OUR ADVICE TO APPLY AN UPDATE OFFERED TO YOU FREE OF CHARGE OR FOR DAMAGE THAT WAS CAUSED BY YOU FAILING TO CORRECTLY FOLLOW INSTALLATION INSTRUCTIONS OR TO HAVE IN PLACE THE MINIMUM SYSTEM REQUIREMENTS ADVISED BY US.

THESE LIMITATIONS ON OUR LIABILITY TO YOU SHALL APPLY WHETHER OR NOT WE HAVE BEEN ADVISED OF OR SHOULD HAVE BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES ARISING.

YOU ARE RESPONSIBLE FOR ANY MOBILE CHARGES THAT MAY APPLY TO YOUR USE OF OUR SERVICE, INCLUDING TEXT-MESSAGING AND DATA CHARGES. IF YOU'RE UNSURE WHAT THOSE CHARGES MAY BE, YOU SHOULD ASK YOUR SERVICE PROVIDER BEFORE USING THE SERVICE.

TO THE FULLEST EXTENT PERMITTED BY LAW, ANY DISPUTE YOU HAVE WITH ANY THIRD PARTY ARISING OUT OF YOUR USE OF THE SERVICES, INCLUDING, BY WAY OF EXAMPLE AND NOT LIMITATION, ANY CARRIER, COPYRIGHT OWNER OR OTHER USER, IS DIRECTLY BETWEEN YOU AND SUCH THIRD PARTY, AND YOU IRREVOCABLY RELEASE US AND OUR AFFILIATES FROM ANY AND ALL CLAIMS, DEMANDS AND DAMAGES (ACTUAL AND CONSEQUENTIAL) OF EVERY KIND AND NATURE, KNOWN AND UNKNOWN, ARISING OUT OF OR IN ANY WAY CONNECTED WITH SUCH DISPUTES.

## 11. Other Terms

a. **Applicable Law and Jurisdiction**. Subject to the Supplemental Terms – Jurisdiction Specific, these Terms, their subject matter and their formation, are governed by the laws of Singapore. Any dispute arising out of or in connection with these Terms, including any question regarding existence, validity or termination of



11. Other Terms

a. **Applicable Law and Jurisdiction.** Subject to the Supplemental Terms – Jurisdiction Specific, these Terms, their subject matter and their formation, are governed by the laws of Singapore. Any dispute arising out of or in connection with these Terms, including any question regarding existence, validity or termination of these Terms, shall be referred to and finally resolved by arbitration administered by the Singapore International Arbitration Centre ("SIAC") in accordance with the Arbitration Rules of the Singapore International Arbitration Centre ("SIAC Rules") for the time being in force, which rules are deemed to be incorporated by reference in this clause. The seat of the arbitration shall be Singapore. The Tribunal shall consist of three (3) arbitrators. The language of the arbitration shall be English.

b. **Open Source.** The Platform contains certain open source software. Each item of open source software is subject to its own applicable license terms, which can be found at Open Source Policy.

c. **Entire Agreement.** These Terms (including the Supplemental Terms below) constitute the whole legal agreement between you and TikTok and govern your use of the Services and completely replace any prior agreements between you and TikTok in relation to the Services.

d. **Links.** You may link to our home page, provided you do so in a way that is fair and legal and does not damage our reputation or take advantage of it. You must not establish a link in such a way as to suggest any form of association, approval or endorsement on our part where none exists. You must not establish a link to our Services in any website that is not owned by you. The website in which you are linking must comply in all respects with the content standards set out at "Your Access to and Use of Our Services" above. We reserve the right to withdraw linking permission without notice.

e. **Age Limit.** The Services are only for people 13 years old and over (with additional limits that may be set forth in the Supplemental Terms – Jurisdiction-Specific). By using the Services, you confirm that you are over the relevant age specified herein. If we learn that someone under the relevant age specified above is using the Services, we will terminate that user's account.

f. **No Waiver.** Our failure to insist upon or enforce any provision of these Terms shall not be construed as a waiver of any provision of these Terms.

g. **Security.** We do not guarantee that our Services will be secure or free from bugs or viruses. You are responsible for configuring your information technology, computer programmes and platform to access our Services. You should use your own virus protection software.

h. **Severability.** If any court of law, having jurisdiction to decide on this matter, rules that any provision of these Terms is invalid, then that provision will be removed from the Terms without affecting the rest of the Terms, and the remaining provisions of the Terms will continue to be valid and enforceable.

i. **Questions?** Contact us at: https://www.tiktok.com/legal/report/feedback.

## Supplemental Terms – App Stores

To the extent permitted by applicable law, the following supplemental terms shall apply when accessing the Platform through specific devices:

*Notice regarding Apple.*

- These Terms between TikTok and you; Apple is not a party to these Terms.

- The license granted to you hereunder is limited to a personal, limited, non-exclusive, non-transferable right to install the Platform on the Apple device(s) authorised by Apple that you own or control for personal, non-commercial use, subject to the Usage Rules set forth in Apple's App Store Terms of Services.

- Apple is not responsible for the Platform or the content thereof and has no obligation whatsoever to furnish any maintenance or support services with respect to the Platform.

- In the event of any failure of the Platform to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price for the Platform, if any, to you. To the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the Platform.

- Apple is not responsible for addressing any claims by you or a third party relating to the Platform or your possession or use of the Platform, including without limitation (a) product liability claims; (b) any claim that the Platform fails to conform to any applicable legal or regulatory requirement; and (c) claims arising under consumer protection or similar legislation.

- In the event of any third party claim that the Platform or your possession and use of the Platform infringes such third party's intellectual property rights, Apple is not responsible for the investigation, defence, settlement or discharge of such intellectual property infringement claim.

- You represent and warrant that (a) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country; and (b) you are not listed on any U.S. Government list of prohibited or restricted parties.

- Apple and its subsidiaries are third party beneficiaries of these Terms and upon your acceptance of the terms and conditions of these Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce these Terms against you as a third party beneficiary hereof.

- TikTok expressly authorises use of the Platform by multiple users through the Family Sharing or any similar functionality provided by Apple.

*Windows Phone Store.* By downloading the Platform from the Windows Phone Store (or its successors) operated by Microsoft, Inc. or its affiliates, you specifically acknowledge and agree that:

- You may install and use one copy of the Platform on up to five (5) Windows Phone enabled devices



**Windows Phone Store.** By downloading the Platform from the Windows Phone Store (or its successors) operated by Microsoft, Inc. or its affiliates, you specifically acknowledge and agree that:

- You may install and use one copy of the Platform on up to five (5) Windows Phone enabled devices that are affiliated with the Microsoft account you use to access the Windows Phone Store. Beyond that, we reserve the right to apply additional conditions or charge additional fees.

- You acknowledge that Microsoft Corporation, your phone manufacturer and network operator have no obligation whatsoever to furnish any maintenance and support services with respect to the Platform.

**Amazon Appstore.** By downloading the Platform from the Amazon Appstore (or its successors) operated by Amazon Digital Services, Inc. or affiliates ("**Amazon**"), you specifically acknowledge and agree that:

- to the extent of any conflict between (a) the Amazon Appstore Terms of Use or such other terms which Amazon designates as default end user license terms for the Amazon Appstore ("Amazon Appstore EULA Terms"), and (b) the other terms and conditions in these Terms, the Amazon Appstore EULA Terms shall apply with respect to your use of the Platform that you download from the Amazon Appstore, and

- Amazon does not have any responsibility or liability related to compliance or non-compliance by TikTok or you (or any other user) under these Terms or the Amazon Appstore EULA Terms.

**Google Play.** By downloading the Platform from Google Play (or its successors) operated by Google, Inc. or one of its affiliates ("**Google**"), you specifically acknowledge and agree that:

- to the extent of any conflict between (a) the Google Play Terms of Services and the Google Play Business and Program Policies or such other terms which Google designates as default end user license terms for Google Play (all of which together are referred to as the "Google Play Terms"), and (b) the other terms and conditions in these Terms, the Google Play Terms shall apply with respect to your use of the Platform that you download from Google Play, and

- you hereby acknowledge that Google does not have any responsibility or liability related to compliance or non-compliance by TikTok or you (or any other user) under these Terms or the Google Play Terms.

## Supplemental Terms – Jurisdiction-Specific

**Brazil.** If you are using our Services in Brazil, the following additional terms apply. In the event of any conflict between the following additional terms and the provisions of the main body of these Terms, the following terms shall prevail.

- Applicable Law and Jurisdiction. These Terms, their subject matter and their formation, are governed by Brazilian law. You and we both agree that the courts of Brazil will have exclusive jurisdiction.

- Parental and Guardian Consent. If you are over the age of 16 but under the age of 18, you declare that you had the consent of your parent or legal guardian to use the Services or to register an account on the Services.

**India.** If you are using our Services in India, the following additional terms apply. In the event of any conflict between the following additional terms and the provisions of the main body of these Terms, the following terms shall prevail.

- Accepting the Terms. By agreeing to these Terms and by accessing or using our Services, you acknowledge that you have read and understood these Terms and provide your consent to be bound by these Terms and our Privacy Policy and Community Guidelines.

- Your access to and use of our Services. You may not use the Services to upload, transmit, distribute, store or otherwise make available in any way (including for the purposes of creating and/or streaming content) any User Content that:

  ◦ is obscene, pornographic, paedophilic;

  ◦ is relating to or encouraging money laundering or gambling, or otherwise any activity that is unlawful in any manner whatsoever;

  ◦ harms minors in any way;

  ◦ deceives or misleads the addressee about the origin of such messages or communicates any information which is grossly offensive or menacing in nature; or

  ◦ threatens the unity, integrity, defence, security or sovereignty of India, friendly relations with foreign states, or public order or causes incitement to the commission of any cognisable offence or prevents investigation of any offence or is insulting any other nation.

- User–Generated Content. You hereby irrevocably waive any right to raise any objection or other claim before any authority including any copyright board in relation to the rights granted and licensed to us under these Terms, including any right under the provisions of section 30A of the (Indian) Copyright Act, 1957 or other applicable law. The above waiver is granted by you in favour of TikTok and all of its group companies, affiliates and successors in title and interest, whether existing or in future.

- Indemnity. In the event you are required to indemnify us pursuant to these Terms or any order or ruling of a court of law, you will obtain all necessary approvals and consents from regulatory authorities for the remittance of such amount to us.

**Indonesia.** If you are using our Services in Indonesia, the following additional terms apply. In the event of



Document title: Terms of Service | TikTok
Capture URL: https://www.tiktok.com/legal/terms-of-service?lang=en
Capture timestamp (UTC): Mon, 24 May 2021 18:02:03 GMT

(Indian) Copyright Act, 1957 or other applicable law. The above waiver is granted by you in favour of TikTok and all of its group companies, affiliates and successors in title and interest, whether existing or in future.

- Indemnity. In the event you are required to indemnify us pursuant to these Terms or any order or ruling of a court of law, you will obtain all necessary approvals and consents from regulatory authorities for the remittance of such amount to us.

**Indonesia.** If you are using our Services in Indonesia, the following additional terms apply. In the event of any conflict between the following additional terms and the provisions of the main body of these Terms, the following terms shall prevail.

- **Accepting the Terms.** By participating in the Services, you represent that you are at least 21 years of age or married or not under guardianship. If you are below 21 years old and you are not married, your account may be opened under the name of your parent(s) or guardian(s). Further, you represent and warrant that you have obtained consent from your parent(s) or legal guardian(s) unless you indicate otherwise. By consenting, your parent(s) or legal guardian(s) are agreeing to take responsibility for: (i) all your actions in connection with your access to the Services; (ii) any fees or charges associated with your use of any of the Services (as applicable); (iii) your compliance with this Terms; and (iv) ensuring that any of your participation in Services will not, in any event, result in any violation of applicable laws and regulations relating to child protections. If you do not have consent from your parent(s) or legal guardian(s) and your parent(s) or guardian(s) is not willing to open the account under their name, you must cease accessing the Services."

- **Limitation of Liabilities.** No limitation of liabilities set out in Section 10 (Limitation of Liability) above shall not be applicable to the extent any loss or damage is incurred by you as a result of our willful misconduct or negligence.

- **Age Limit.** The Services are only for people 14 years old and over in Indonesia.

- **Language.** These Terms has been prepared in the English language and Indonesian language. In the event of any inconsistency or different interpretation between the English text and Indonesian text, the English text shall prevail and the relevant Indonesian text shall be deemed to be automatically amended to conform with and to make the relevant Indonesian text consistent with the relevant English text. Each party acknowledges that it has read these Terms and understands its content and that these Terms have been entered into freely and without duress. You acknowledge that you fully understand the language and the content of these Terms, and you agree that you will not use the provisions under Law of the Republic of Indonesia No. 24 of 2009 on Flag, Language, State Emblem and National Anthem or any of its implementing regulations to invalidate these Terms.

**United Arab Emirates.** If you are using our Services in the United Arab Emirates ("UAE"), the following additional terms shall apply. In the event of any conflict between the following additional terms and the provisions of the main body of these Terms, the following terms shall prevail.

- **Accepting the Terms:** By agreeing to these Terms and accessing or using our Services, you acknowledge that you have read and understood these Terms, the additional terms herein and provide your consent to be bound by these Terms, the Privacy Policy, the Community Guidelines and all other policies or agreements referred to herein.

**Mexico.** If you are using our Services in Mexico, the following additional terms shall apply. In the event of any conflict between the following additional terms and the provisions of the main body of these Terms, the following terms shall prevail.

- If you are under age 18, you may only use the Services with the consent of your parent or legal guardian. Please be sure your parent or legal guardian has reviewed, discussed and agreed to these Terms, with you.

**Turkey.** Contact our representative in Turkey within the scope of the Law No. 5651:

TikTok Turkey Dijital Medya ve Reklam Limited Şirketi

Esentepe Mah, Harman 1 Sok, No:7 Nidakule/Levent, 7. Kat, Daire No: 22-23-24, Şişli, İstanbul



# Exhibit B

# Community Guidelines

Introduction

Violent extremism

Hateful behavior

Illegal activities and regulated goods

Violent and graphic content

Suicide, self-harm, and dangerous acts

Harassment and bullying

Adult nudity and sexual activities

Minor safety

Integrity and authenticity

Platform security



## Introduction

*Last updated, December 2020*

TikTok's mission is to inspire creativity and bring joy. We are building a global community where people can create and share, discover the world around them, and connect with others across the globe. As we grow, we are committed to maintaining a supportive environment for our community. Our Community Guidelines define a set of norms and common code of conduct for TikTok; they provide guidance on what is and is not allowed to make a welcoming space for everyone.

At TikTok, we prioritize safety, diversity, inclusion, and authenticity. We encourage creators to celebrate what makes them unique and viewers to engage in what inspires them; and we believe that a safe environment helps everyone express themselves openly. We deeply value the global nature of our community, and we strive to take into account the breadth of cultural norms where we operate. We also aim to cultivate an environment for genuine interactions by only allowing authentic content on TikTok.

Our Community Guidelines apply to everyone and to everything on TikTok. We proactively enforce them using a mix of technology and human moderation before content gets reported to us. We also encourage our community members to use the tools we provide on TikTok to report any content they believe violates our Community Guidelines.

We will remove any content – including video, audio, livestream, images, comments, and text – that violates our Community Guidelines. Individuals are notified of our decisions and can appeal if they believe no violation has occurred. We will suspend or ban accounts and/or devices that are involved in severe or repeated violations; we will consider information available on other platforms and offline in these decisions. When warranted, we will report the accounts to relevant legal authorities.

Our algorithms are designed with trust and safety in mind. For some content – such as spam, videos under review, or videos that could be considered upsetting or depict things that may be shocking to a general audience – we may reduce discoverability, including by redirecting search results or limiting distribution in the For You feed.

We recognize that some content that would normally be removed per our Community Guidelines could be in the public interest. Therefore, we may allow exceptions under certain circumstances, such as educational, documentary, scientific, or artistic content, satirical content, content in fictional settings, counterspeech, and content in the public interest that is newsworthy or otherwise enables individual expression on topics of social importance.

In consultation with relevant stakeholders, we update our Community Guidelines from time to time to evolve alongside new behaviors and risks, as part of our commitment to keeping TikTok a safe place for creativity and joy.

## Violent extremism

We take a firm stance against enabling violence on or off TikTok. We do not allow people to use our platform to threaten or incite violence, or to promote dangerous individuals or organizations. When there is a threat to public safety or an account is used to promote or glorify off-platform violence, we may suspend or ban the account. When warranted, we will report threats to relevant legal authorities. To effectively protect our community, we may consider information available on other platforms and offline to identify violent and extremist individuals and organizations on our platform. If we find such individuals or organizations on TikTok, we will close their accounts.

### Threats and incitement to violence

We consider incitement to violence as advocating for, directing, or encouraging other people to commit

Introduction

Violent extremism

Hateful behavior

Illegal activities and regulated goods

Violent and graphic content

Suicide, self-harm, and dangerous acts

Harassment and bullying

Adult nudity and sexual activities

Minor safety

Integrity and authenticity

Platform security

violent and extremist individuals and organizations on our platform. If we find such individuals or organizations on TikTok, we will close their accounts.

## Threats and incitement to violence

We consider incitement to violence as advocating for, directing, or encouraging other people to commit violence. We do not allow threats of violence or incitement to violence on our platform that may result in serious physical harm.

Do not post, upload, stream, or share:

- Statements of intent to inflict physical injuries on an individual or a group
- Statements or imagery that encourage others to commit or that advocate for physical violence
- Conditional or aspirational statements that encourage other people to commit violence
- Calls to bring weapons to a location with the intent to intimidate or threaten an individual or group with violence
- Instructions on how to make or use weapons with an intent to incite violence

## Dangerous individuals and organizations

We do not allow individuals or organizations on our platform who promote or are engaged in violence. We remove such individuals and organizations, including mass murderers, serial killers and rapists, hate groups, criminal organizations, terrorist organizations, and other non-state armed groups that target civilians.

### Terrorist organizations

Terrorists and terrorist organizations are non-state actors that threaten violence, use violence, and/or commit serious crimes (such as crimes against humanity) against civilian populations in pursuit of political, religious, ethnic, or ideological objectives.

### Organized hate

Organized hate refers to those individuals and organizations who attack people based on protected characteristics, such as race, ethnicity, national origin, religion, caste, sexual orientation, sex, gender, gender identity, or immigration status. We consider attacks to include actions that incite violence or hatred, dehumanize individuals or groups, or embrace a hateful ideology.

### Criminal organizations

Criminal organizations are transnational, national, or local groups that have engaged in serious crimes, including violent crimes (e.g., homicide, rape, robbery, assault), trafficking (e.g., human, organ, drug, weapons), kidnapping, financial crimes (e.g., extortion, blackmail, fraud, money laundering), or cybercrime.

Do not post, upload, stream, or share:

- Content that praises, promotes, glorifies, or supports dangerous individuals and/or organizations
- Content that encourages participation in, or intends to recruit individuals to, dangerous organizations
- Content with names, symbols, logos, flags, slogans, uniforms, gestures, salutes, illustrations, portraits, songs, music, lyrics, or other objects meant to represent dangerous individuals and/or organizations

# Hateful behavior

TikTok is a diverse and inclusive community that has no tolerance for discrimination. We do not permit content that contains hate speech or involves hateful behavior and we remove it from our platform. We suspend or ban accounts that engage in hate speech violations or which are associated with hate speech off the TikTok platform.

## Attacks on the basis of protected attributes

We define hate speech or behavior as content that attacks, threatens, incites violence against, or otherwise dehumanizes an individual or a group on the basis of the following protected attributes:

- Race
- Ethnicity
- National origin
- Religion
- Caste
- Sexual orientation
- Sex
- Gender
- Gender identity
- Serious disease
- Disability
- Immigration status

Do not post, upload, stream, or share:

- Hateful content related to an individual or group, including:
  - claiming that they are physically, mentally, or morally inferior
  - calling for or justifying violence against them
  - claiming that they are criminals
  - referring to them as animals, inanimate objects, or other non-human entities
  - promoting or justifying exclusion, segregation, or discrimination against them
- Content that depicts harm inflicted upon an individual or a group on the basis of a protected attribute



Document title: TikTok
Capture URL: https://www.tiktok.com/community-guidelines?lang=en
Capture timestamp (UTC): Mon, 24 May 2021 18:03:01 GMT

- calling for or justifying violence against them
- claiming that they are criminals
  ○ referring to them as animals, inanimate objects, or other non-human entities
  ○ promoting or justifying exclusion, segregation, or discrimination against them
- Content that depicts harm inflicted upon an individual or a group on the basis of a protected attribute

## Slurs

Slurs are defined as derogatory terms that are intended to disparage an ethnicity, race, or any other protected attributes listed above. To minimize the spread of egregiously offensive terms, we remove all slurs from our platform, unless the terms are reappropriated, used self-referentially (e.g., in a song), or do not disparage.

**Do not post, upload, stream, or share:**

- Content that uses or includes slurs

## Hateful ideology

Hateful ideologies are those that demonstrate clear hostility toward people because of their protected attributes. Hateful ideologies are incompatible with the inclusive and supportive community that our platform provides and we remove content that promotes them.

**Do not post, upload, stream, or share:**

- Content that praises, promotes, glorifies, or supports any hateful ideology
- Content that contains names, symbols, logos, flags, slogans, uniforms, gestures, salutes, illustrations, portraits, songs, music, lyrics, or other objects related to a hateful ideology
- Content that denies well-documented and violent events have taken place affecting groups with protected attributes
- Claims of supremacy over a group of people with reference to other protected attributes
- Conspiracy theories used to justify hateful ideologies

# Illegal activities and regulated goods

We work to ensure TikTok does not enable activities that violate laws or regulations. We prohibit the trade, sale, promotion, and use of certain regulated goods, as well as the depiction, promotion, or facilitation of criminal activities, including human exploitation. Content may be removed if it relates to activities or goods that are regulated or illegal in the majority of the region or world, even if the activities or goods in question are legal in the jurisdiction of posting.

## Criminal activities

Criminal activities cover a wide spectrum of acts punishable by law, including theft, assault, human exploitation, counterfeiting, and other harmful behavior. To prevent such behavior from being normalized, imitated, or facilitated, we remove content that promotes or enables criminal activities.

**Do not post, upload, stream, or share:**

- Content that depicts or promotes acts of physical harm, such as assault or kidnapping
- Content that risks the safety of others, including swatting
- Content that depicts or promotes human exploitation, including human smuggling, bonded labor, domestic servitude, sex trafficking, or prostitution
- Content that depicts or promotes the poaching or illegal trade of wildlife
- Content that offers the purchase, sale, trade, or solicitation of unlawfully acquired or counterfeit goods
- Content that provides instructions on how to conduct criminal activities

## Weapons

We do not allow the depiction, promotion, or trade of firearms, ammunition, firearm accessories, or explosive weapons. We also prohibit instructions on how to manufacture those weapons. Content as part of a museum's collection, carried by a police officer, in a military parade, or used in a safe and controlled environment such as a shooting range may be allowed.

**Do not post, upload, stream, or share:**

- Content that displays firearms, firearm accessories, ammunition, or explosive weapons
- Content that offers the purchase, sale, trade, or solicitation of firearms, accessories, ammunition, explosive weapons, or instructions on how to manufacture them

## Drugs, controlled substances, alcohol, and tobacco

We do not allow the depiction, promotion, or trade of drugs or other controlled substances. The trade of tobacco and alcohol products is also prohibited on the platform.

**Do not post, upload, stream, or share:**

- Content that depicts or promotes drugs, drug consumption, or encourages others to make, use, or trade drugs or other controlled substances
- Content that offers the purchase, sale, trade, or solicitation of drugs or other controlled substances, alcohol or tobacco products (including vaping products)
- Content that provides information on how to buy illegal or controlled substances
- Content that depicts or promotes the making of illicit alcohol products
- Content that depicts or promotes the misuse of legal substances, or instruction on how to make

Introduction

Violent extremism

Hateful behavior

Illegal activities and regulated goods

Violent and graphic content

Suicide, self-harm, and dangerous acts

Harassment and bullying

Adult nudity and sexual activities

Minor safety

Integrity and authenticity

Platform security



Introduction

Violent extremism

Hateful behavior

Illegal activities and regulated goods

Violent and graphic content

Suicide, self-harm, and dangerous acts

Harassment and bullying

Adult nudity and sexual activities

Minor safety

Integrity and authenticity

Platform security

- Content that offers the purchase, sale, trade, or solicitation of drugs or other controlled substances, alcohol or tobacco products (including vaping products)
- Content that provides information on how to buy illegal or controlled substances
- Content that depicts or promotes the making of illicit alcohol products
- Content that depicts or promotes the misuse of legal substances, or instruction on how to make homemade substances, in an effort to become intoxicated

## Frauds and scams

We do not permit anyone to exploit our platform to take advantage of the trust of users and bring about financial or personal harm. We remove content that deceives people in order to gain an unlawful financial or personal advantage, including schemes to defraud individuals or steal assets.

Do not post, upload, stream, or share:

- Content that depicts or promotes phishing
- Content that depicts or promotes Ponzi, multi-level marketing, or pyramid schemes
- Content that depicts or promotes investment schemes with promise of high returns, fixed betting, or any other types of scams

### Gambling

We do not allow content promoting gambling services, or that could be perceived as advertising for casinos, sports betting, or any other commercial gambling activity.

Do not post, upload, stream, or share:

- Content that promotes casinos, sports betting, poker, lotteries, gambling-related software and apps, or other gambling services

### Privacy, personal data, and personally identifiable information (PII)

We do not allow content that violates the confidentiality of personal data or personally identifiable information (e.g., social security information). We remove content that depicts personal data or personally identifiable information (PII) from the platform.

Do not post, upload, stream, or share:

- Content that contains personal data or personally identifiable information (PII)

## Violent and graphic content

TikTok is a platform that celebrates creativity but not shock-value or violence. We do not allow content that is gratuitously shocking, graphic, sadistic, or gruesome or that promotes, normalizes, or glorifies extreme violence or suffering on our platform. When there is a threat to public safety, we suspend or ban the account and, when warranted, we will report it to relevant legal authorities.

Do not post, upload, stream, or share:

- Content of humans that depicts:
  - violent or graphic deaths or accidents
  - dismembered, mutilated, charred, or burned human remains
  - gore in which an open wound or injury is the core focus
  - real-world physical violence, fighting, or torture
- Content of animals that depicts:
  - the slaughter or other non-natural death of animals
  - dismembered, mutilated, charred, or burned animal remains
  - animal cruelty and gore

## Suicide, self-harm, and dangerous acts

We care deeply about the health and well-being of the individuals that make up our community. We do not allow content depicting, promoting, normalizing, or glorifying activities that could lead to suicide, self-harm, or eating disorders. We also do not permit users to share content depicting them partaking in, or encouraging others to partake in, dangerous activities that may lead to serious injury or death.

However, we do support members of our community sharing their personal experiences with these issues in a safe way to raise awareness and find community support. We also encourage individuals who are struggling with thoughts of self-harm or suicide, or who know someone is seriously considering suicide, to immediately contact local emergency services or a suicide prevention hotline. In the event that our intervention could help a user who may be at risk of harming themselves, the TikTok team may also alert local emergency services.

### Suicide

We remove content that displays suicide, suicidal ideation, or content that might encourage participation in other self-injurious behavior. We also remove content that depicts attempted suicide or content featuring a person engaging in behavior or intending to engage in behavior that is likely to lead to self-inflicted death. We prohibit any form of content that promotes, normalizes, or glorifies suicide, provides instructions for suicide, or posts that portray a suicide as heroic or honorable.

Do not post, upload, stream, or share:



Introduction

Violent extremism

Hateful behavior

Illegal activities and regulated goods

Violent and graphic content

Suicide, self-harm, and dangerous acts

Harassment and bullying

Adult nudity and sexual activities

Minor safety

Integrity and authenticity

Platform security

person engaging in behavior or intending to engage in behavior that is likely to lead to self-inflicted death. We prohibit any form of content that promotes, normalizes, or glorifies suicide, provides instructions for suicide, or posts that portray a suicide as heroic or honorable.

Do not post, upload, stream, or share:

- Content that provides instructions for suicide
- Content that depicts, promotes, normalizes, or glorifies suicide
- Suicide games, dares, pacts, or hoaxes

## Self-harm and eating disorders

To avoid normalizing, encouraging, or triggering self-harm behavior, we do not allow imagery that depicts such behavior, regardless of the user's intention of posting it. We remove content that may encourage or normalize acts that are likely to lead to physical self-inflicted injury. Content that promotes eating habits that are likely to cause adverse health outcomes is also not allowed on the platform.

Do not post, upload, stream, or share:

- Content that depicts, promotes, normalizes, or glorifies self-harm or eating disorders
- Content that provides instructions on how to engage in self-harm or eating disorders
- Self-harm or eating disorder games, dares, pacts, or hoaxes
- Content that depicts, promotes, normalizes, or glorifies eating disorders or other dangerous weight loss behaviors associated with eating disorders

## Dangerous acts

We define risky activities or other dangerous behavior as acts conducted in a non-professional context or without the necessary skills and safety precautions that may lead to serious injury or death for the user or the public. We do not allow content that depicts, promotes, normalizes, or glorifies such behavior, including amateur stunts or dangerous challenges.

Do not post, upload, stream, or share:

- Content that shows the potentially inappropriate use of dangerous tools, vehicles, or objects
- Content that depicts or promotes ingesting substances that are not meant for consumption or could lead to severe harm
- Dangerous games, dares, or stunts that might lead to injury

## Harassment and bullying

We believe in an inclusive community and individualized expression without fear of abuse. We do not tolerate members of our community being shamed, bullied, or harassed. Abusive content or behavior can cause severe psychological distress and will be removed from our platform.

### Abusive behavior

We remove all expressions of abuse, including threats or degrading statements intended to mock, humiliate, embarrass, intimidate, or hurt an individual. This prohibition extends to the use of TikTok features. To enable expression about matters of public interest, critical comments of public figures may be allowed; however, serious abusive behavior against public figures is prohibited.

Do not post, upload, stream, or share:

- Content that insults another individual, or disparages an individual on the basis of attributes such as intellect, appearance, personality traits, or hygiene
- Content that encourages coordinated harassment
- Content that disparages victims of violent tragedies
- Content that uses TikTok interactive features (e.g., duet) to degrade others
- Content that depicts willful harm or intimidation, such as cyberstalking or trolling
- Content that wishes death, serious disease, or other serious harm on an individual or public figure

### Sexual harassment

Sexual harassment involves unwanted or inappropriate sexual behavior directed at another individual. We do not allow content, including comments or advances, that sexually harasses others, regardless of user's intent, as such actions can cause great distress to targeted individuals.

Do not post, upload, stream, or share:

- Content that attempts to make unwanted sexual contact
- Content that simulates sexual activity with another user, either verbally, in text (including emojis), or through the use of any in-app features
- Content that disparages another person's sexual activity
- Content that alters or morphs an image of another individual to portray or imply sexual suggestiveness or engagement in sexual activity
- Content that reveals, or threatens to reveal a person's private sexual life, including threats to publicize digital content, sexual history, and names of previous sexual partners
- Content that exposes, or threatens to expose, a person's sexual orientation without their consent or knowledge

### Threats of hacking, doxxing, and blackmail

Threatening to hack or dox with an intent to harass or blackmail another individual can cause serious emotional distress and other offline harm. We define doxxing as the act of collecting and publishing

Document title: TikTok
Capture URL: https://www.tiktok.com/community-guidelines?lang=en
Capture timestamp (UTC): Mon, 24 May 2021 18:03:01 GMT

Introduction

Violent extremism

Hateful behavior

Illegal activities and regulated
goods

Violent and graphic content

Suicide, self-harm, and
dangerous acts

Harassment and bullying

Adult nudity and sexual activities

Minor safety

Integrity and authenticity

Platform security

### Threats of hacking, doxxing, and blackmail

Threatening to hack or dox with an intent to harass or blackmail another individual can cause serious emotional distress and other offline harm. We define doxxing as the act of collecting and publishing personal data or personally identifiable information (PII) for malicious purposes. We consider these online behaviors as forms of abuse and do not allow them on our platform.

Do not post, upload, stream, or share:

- Content that threatens to reveal personal data or personally identifiable information (PII), including residential address, private email address, private phone number, bank statement, social security number, or passport number
- Threats of blackmail or hacking another individual's account
- Content that incites or encourages others to hack or reveal another person's account, personal data, or personally identifiable information (PII)
- An individual's account, personal data, or personally identifiable information for others to abuse, troll, or harass

# Adult nudity and sexual activities

We strive to create a platform that feels welcoming and safe. We do not allow nudity, pornography, or sexually explicit content on our platform. We also prohibit content depicting or supporting non-consensual sexual acts, the sharing of non-consensual intimate imagery, and adult sexual solicitation.

### Sexual exploitation

Sexual exploitation is defined as any actual or attempted abuse of a position of vulnerability, power, or trust for sexual purposes, including profiting monetarily, socially, or politically from the sexual exploitation of another. We do not permit sexually exploitative content.

Do not post, upload, stream, or share:

- Content that depicts, solicits, promotes, normalizes, or glorifies non-consensual sexual acts or non-consensual touching, including rape and sexual assault
- Content that depicts, solicits, promotes, normalizes, or glorifies the sharing of non-consensual intimate imagery, including sexual images that are taken, created, or shared without consent
- Content that depicts, promotes, normalizes, or glorifies sexual violence
- Content that depicts, promotes, or glorifies sexual solicitation, including offering or asking for sexual partners, sexual chats or imagery, sexual services, premium sexual content, or sexcamming

### Nudity and sexual activity involving adults

Nudity and sexual activity include content that is overtly revealing of breasts, genitals, anus, or buttocks, or behaviors that mimic, imply, or display sex acts. We do not allow depictions, including digitally created or manipulated content, of nudity or sexual activity. We are mindful of content that may be offensive or culturally inappropriate in certain regions or may not be suitable for users of all ages.

Do not post, upload, stream, or share:

- Content that explicitly or implicitly depicts sexual activities including penetrative and non-penetrative sex, oral sex, or erotic kissing
- Content that depicts sexual arousal or sexual stimulation
- Content that depicts a sexual fetish
- Content that depicts exposed human genitalia, female nipples or areola, pubic regions, or buttocks
- Content that contains sexually explicit language for sexual gratification

# Minor safety

We are deeply committed to ensuring the safety of minors on our platform. We do not tolerate activities that perpetuate the abuse, harm, endangerment, or exploitation of minors on TikTok. Any content, including animation or digitally created or manipulated media, that depicts abuse, exploitation, or nudity of minors is a violation on our platform and will be removed when detected. When warranted, we report violative content to the National Center for Missing & Exploited Children (NCMEC) and/or other relevant legal authorities. TikTok considers a minor any person under the age of 18.

Users must meet the minimum age requirements to use TikTok, as stipulated in our Terms of Service. When underage account holders are identified, we will remove those accounts. Our platform is designed with the safety of minors in mind and some of our features are age restricted. Account holders who are under the age of 16 cannot use direct messaging or host a livestream; the age thresholds may be higher in some regions. Account holders who are under the age of 18 cannot send or receive gifts via our virtual gifting features.

### Sexual exploitation of minors

Sexual exploitation of minors is defined as any abuse of a position of power or trust for sexual purposes, including profiting financially, socially, sexually, or politically from the exploitation of a minor. Child Sexual Abuse Material (CSAM) is defined as any visual depiction of sexually explicit nudity or conduct, whether captured by predatory adults, peers, or self-generated by minors. TikTok will take action on any content or accounts involving sexual interactions and advances between an adult and a minor, or between minors with a significant age difference.

Introduction

Violent extremism

Hateful behavior

Illegal activities and regulated goods

Violent and graphic content

Suicide, self-harm, and dangerous acts

Harassment and bullying

Adult nudity and sexual activities

Minor safety

Integrity and authenticity

Platform security

including profiting financially, socially, sexually, or politically from the exploitation of a minor. Child Sexual Abuse Material (CSAM) is defined as any visual depiction of sexually explicit nudity or conduct, whether captured by predatory adults, peers, or self-generated by minors. TikTok will take action on any content or accounts involving sexual interactions and advances between an adult and a minor, or between minors with a significant age difference.

**Do not post, upload, stream, or share:**

- Content that shares, reshares, offers to trade or sell, or directs users off platform to obtain or distribute CSAM
- Content that engages with minors in a sexualized way, or otherwise sexualizes a minor (e.g., via product features like duets)
- Content that depicts, solicits, glorifies, or encourages child abuse imagery including nudity, sexualized minors, or sexual activity with minors
- Content that depicts, promotes, normalizes, or glorifies pedophilia or the sexual assault of a minor
- Content that revictimizes or capitalizes on minor victims of abuse by third party reshares or reenactments of assault or confessions

## Grooming behavior

Grooming behaviors are those in which an adult builds an emotional relationship with a minor in order to gain the minor's trust for the purposes of future or ongoing sexual contact, sexual abuse, trafficking, or other exploitation. These behaviors include: flattery, requests for contact on or off platform, requests for personal information, solicitation of minor sexual abuse material, sexual solicitations or comments, and gift-giving.

**Do not post, upload, stream, or share:**

- Grooming advances
- Content that depicts, promotes, normalizes, or glorifies grooming behaviors
- Content that solicits real-world sexual contact between a minor and an adult or between minors with a significant age difference
- Content that displays or offers nudity to minors
- Any solicitation of nude imagery or sexual contact, through blackmail or other means of coercion

## Nudity and sexual activity involving minors

Nudity and sexual activity involving minors include content that is overtly revealing of breasts, genitals, anus, or buttocks, or behaviors that mimic, imply, or display sex acts involving minors. We do not allow the depiction, including digitally created or manipulated content, of nudity or sexual activity.

**Do not post, upload, stream, or share:**

- Content that depicts or implies minor sexual activities including penetrative and non-penetrative sex, oral sex, or intimate kissing
- Content that depicts sexual arousal or sexual stimulation involving a minor
- Content that depicts a sexual fetish involving a minor
- Content that depicts exposed human genitalia, female nipples or areola, pubic regions, or buttocks of a minor
- Content that contains sexually explicit language depicting or describing a minor
- Content depicting a minor that contains sexually explicit song lyrics
- Content with sexually explicit dancing of a minor, including twerking, breast shaking, pelvic thrusting, or fondling the groin or breasts of oneself or another
- Content depicting a minor undressing
- Content depicting a minor in minimal clothing that is not situationally relevant to the location
- Sexualized comments, emojis, text, or other graphics used to veil or imply nudity or sexual activity of a minor

## Harmful activities by minors

Harmful minor activities include the possession or consumption of substances prohibited for minors, the misuse of legal substances, engagement in illegal activities, participation in activities, physical challenges, or dares that may threaten the well-being of minors. We remove any such content from our platform.

**Do not post, upload, stream, or share:**

- Content that suggests, depicts, imitates, or promotes the possession or consumption of alcoholic beverages, tobacco, or drugs by a minor
- Content that offers instruction targeting minors on how to buy, sell, or trade alcohol, tobacco, or controlled substances
- Content that depicts or promotes activities that may jeopardize youth well-being, including physical challenges, dares, or stunts

## <mark>Physical and psychological harm of minors</mark>

Behaviors that place minors at risk of physical or psychological harm include physical abuse, neglect, endangerment, and psychological disparagement. We remove any such content from our platform.

**Do not post, upload, stream, or share:**

- Content that depicts or promotes physical abuse, neglect, endangerment, or psychological disparagement of minors
- Content that depicts or promotes survivalist techniques without a warning asserting the hazards of replication

## Crimes against children



Introduction

Violent extremism

Hateful behavior

Illegal activities and regulated goods

Violent and graphic content

Suicide, self-harm, and dangerous acts

Harassment and bullying

Adult nudity and sexual activities

Minor safety

Integrity and authenticity

Platform security

disparagement of minors

- Content that depicts or promotes survivalist techniques without a warning asserting the hazards of replication

## Crimes against children

We do not allow users who have been convicted of crimes against children to have an account on our platform. These crimes include: sexual assault, molestation, murder, physical abuse or neglect, abduction, international parental kidnapping, trafficking, exploitation of minors for prostitution, live online sexual abuse of a minor, sexual exploitation of minors in the context of travel and tourism, attempts to obtain or distribute child sexual abuse material (CSAM), and the production, possession, or distribution of child sexual abuse material (CSAM). If we discover any such users, we ban the account. Any self-disclosed user information that states the account holder is a pedophile or minor sex offender will be taken at face value and the account may be deleted.

# Integrity and authenticity

We believe that trust forms the foundation of our community. We do not allow activities that may undermine the integrity of our platform or the authenticity of our users. We remove content or accounts that involve spam or fake engagement, impersonation, misleading information that causes harm, or that violate any intellectual property rights.

## Spam and fake engagement

Fake engagement includes any content or activity that seeks to artificially inflate popularity on the platform. We prohibit any attempts to manipulate the platform to increase interaction metrics.

Do not:

- Share instructions on how to artificially increase views, likes, followers, shares, or comments
- Attempt to or engage in selling or buying views, likes, followers, shares, or comments
- Promote artificial traffic generation services
- Operate multiple TikTok accounts under false or fraudulent pretenses to distribute commercial spam

## Impersonation

We do not allow accounts that pose as another person or entity in a deceptive manner. When we confirm a report of impersonation, we will ask the user to revise the profile or suspend or ban the account. We do allow parody, commentary, or fan accounts, as long as the user indicates in the bio and username that it is fan, commentary, or parody and not affiliated with the subject of the account.

Do not:

- Pose as another person or entity by using someone else's name, biographical details, or profile picture in a misleading manner

## Misinformation

Misinformation is defined as content that is inaccurate or false. While we encourage our community to have respectful conversations about subjects that matter to them, we do not permit misinformation that causes harm to individuals, our community, or the larger public regardless of intent.

Do not post, upload, stream, or share:

- Misinformation that incites hate or prejudice
- Misinformation related to emergencies that induces panic
- Medical misinformation that can cause harm to an individual's physical health
- Content that misleads community members about elections or other civic processes
- Conspiratorial content that attacks a specific protected group or includes a violent call to action, or denies a violent or tragic event occurred
- Digital Forgeries (Synthetic Media or Manipulated Media) that mislead users by distorting the truth of events and cause harm to the subject of the video, other persons, or society

Do not:

- Engage in coordinated inauthentic behaviors (such as the creation of accounts) to exert influence and sway public opinion while misleading individuals and our community about the account's identity, location, or purpose

## Intellectual property violations

Copyright is a legal right that protects original works of authorship (e.g., music, videos) and original expression of an idea (e.g., the specific way a video or music is expressed or created), although does not protect underlying ideas or facts. A trademark is a word, symbol, slogan, design that identifies and distinguishes the source of a product or service. We encourage everyone to create and share original content. Content that infringes someone else's intellectual property rights is prohibited on our platform and will be removed if we become aware of it. The use of copyrighted work under certain circumstance, such as the fair use doctrine or other applicable laws, or the use of a trademark to reference, lawfully comment, criticize, parody, make a fan page, or review a product or service may not be considered a violation of our policies.

Do not post, upload, stream, or share:

- Content that violates or infringes someone else's copyrights, trademarks, or other intellectual property rights



Document title: TikTok
Capture URL: https://www.tiktok.com/community-guidelines?lang=en
Capture timestamp (UTC): Mon, 24 May 2021 18:03:01 GMT

Introduction

Violent extremism

Hateful behavior

Illegal activities and regulated goods

Violent and graphic content

Suicide, self-harm, and dangerous acts

Harassment and bullying

Adult nudity and sexual activities

Minor safety

Integrity and authenticity

Platform security

- Pose as another person or entity by using someone else's name, biographical details, or profile picture in a misleading manner

## Misinformation

Misinformation is defined as content that is inaccurate or false. While we encourage our community to have respectful conversations about subjects that matter to them, we do not permit misinformation that causes harm to individuals, our community, or the larger public regardless of intent.

Do not post, upload, stream, or share:

- Misinformation that incites hate or prejudice
- Misinformation related to emergencies that induces panic
- Medical misinformation that can cause harm to an individual's physical health
- Content that misleads community members about elections or other civic processes
- Conspiratorial content that attacks a specific protected group or includes a violent call to action, or denies a violent or tragic event occurred
- Digital Forgeries (Synthetic Media or Manipulated Media) that mislead users by distorting the truth of events and cause harm to the subject of the video, other persons, or society

Do not:

- Engage in coordinated inauthentic behaviors (such as the creation of accounts) to exert influence and sway public opinion while misleading individuals and our community about the account's identity, location, or purpose

## Intellectual property violations

Copyright is a legal right that protects original works of authorship (e.g., music, videos) and original expression of an idea (e.g., the specific way a video or music is expressed or created), although does not protect underlying ideas or facts. A trademark is a word, symbol, slogan, design that identifies and distinguishes the source of a product or service. We encourage everyone to create and share original content. Content that infringes someone else's intellectual property rights is prohibited on our platform and will be removed if we become aware of it. The use of copyrighted work under certain circumstance, such as the fair use doctrine or other applicable laws, or the use of a trademark to reference, lawfully comment, criticize, parody, make a fan page, or review a product or service may not be considered a violation of our policies.

Do not post, upload, stream, or share:

- Content that violates or infringes someone else's copyrights, trademarks, or other intellectual property rights

## Platform security

Our policies prohibit any activities that undermine the security and reliability of the TikTok service:

- Do not hack the TikTok website, app, or associated networks, or bypass its measures to restrict user access
- Do not distribute files that contain viruses, Trojan horses, worms, logic bombs, or other materials that are malicious or harmful
- Do not modify, adapt, translate, reverse engineer, disassemble, decompile, or create any derivative products based on TikTok, including any files, tables or documentation, nor attempt to regenerate any source code, algorithms, methods, or techniques embodied in TikTok
- Do not use automated scripts to collect information from TikTok

Thank you for being a part of our vibrant global community and working with us to maintain a welcoming space for all users. If you come across content or accounts that you believe may violate our Community Guidelines, please let us know so we can review and take appropriate action.



**Company**
About TikTok
Newsroom
Store
Contact
Careers
ByteDance
Creator Directory

**Programs**
TikTok for Good
TikTok for Developers
Advertise on TikTok

**Resources**
Help Center
Safety Center
Creator Portal
Community Guidelines
Transparency

**Legal**
Terms of Service
Privacy Policy
TikTok Platform Cookies Policy
Privacy Policy for Younger Users
Intellectual Property Policy
Law Enforcement Guidelines

English

© 2021 TikTok

Document title: TikTok
Capture URL: https://www.tiktok.com/community-guidelines?lang=en
Capture timestamp (UTC): Mon, 24 May 2021 18:03:01 GMT